FILED

JAN 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the United States District Court
For the District of Columbia
Washington, DC.

CIVIL ACTION

Burnie Majeed Sr.
Burnie Majeed Jr.
Kenya Majeed
128 Rose Dr.
Mullica Hill, NJ 08062
Phone: 856-223-1295

Pro se

VS.

Defendants:

The State of North Carolina
Office of Secretary of State
P.O. Box 29622 Raleigh, NC. 27626-0622

CASE NUMBER 1:07CV00222

JUDGE: James Robertson

DECK TYPE: Pro se General Civil

DATE STAMP: 01/31/2007

JURY ACTION

NC Administration Office of the Court
P.O. Box 2448 Raleigh, NC 27602-2448

University of North Carolina
Office of President
910 Raleigh Rd.
P.O. Box 2688  Chapel Hill, NC 27515

The Episcopal Diocese of North Carolina
200 West Morgan St. Ste 300
 Raleigh, NC. 27601

**II.**                            **COMPLAINT**

The descendants of the late Francis J. Smith who died in 1877 wish to bring about a

reconciliation between ourselves and all others who benefit from our grandfathers

property, trust funds and mutual funds since the dawn of time. Our grandmother Harriet

Smith who born his only natural children was unable to seek justice for the wrongful

damage of Francis J. Smith natural born sister and the state of North Carolina. Harriet

Smith, Cherokee Indian from western Cherokee North Carolina, was forced into slavery

around 1834 after being kidnapped from her tribe. The Cherokee tribe was driven out and

made it's sorrowful pilgrimage over the Trail of Tears into Oklahoma. This was due to

refusing to be encouraged to become farmers and copy the "civilized" way of whites, in

result the Indian Removal Act was  proclaimed by President Andrew Jackson.  Dr. James

S. Smith a former member of President Monroe's administration who served as a

Democratic Congressman brought Harriet as a slave.  He had two sons Francis and

Sidney Smith and a daughter named Mary R. Smith. Sidney raped and assaulted Harriet

and in the process had a daughter by Harriet, while Francis protected her from him.

Francis and Harriet became a couple, as well as our grandparents they had three

daughters together, which grew up under the Smith wealth and home. After the death of

their father this wealth was stripped from them by their aunt Mary R. Smith who was

appointed administrator by the state of North Carolina.  The state failed to recognize that

he had natural born children to distribute his wealth properly. This act was committed to

keep the inheritance from going to Harriet and his natural born children who was of mix

race Indian/White. Mary Smith also committed acts of fraud by filing with the state as Francis Smith widow. Due to the discrimination of their ethnicity the children or grandchildren could not fight for their grandfather inheritance due to racial segregation during the past years. His land and funds were donated to the University of North Carolina and the North Carolina Episcopal Church with the stipulation that it be converted into a permanent trust fund under Francis Jones Smith Scholarship. The funds were used for the education of strangers not his own natural born children and grandchildren. The people of his property and funds consider themselves steward of it. It was the duty of the State of North Carolina to oversee our grandfathers inheritance and property, to be passed down to his natural born children or divided fairly among his children instead of the improper management by Mary R. Smith and the state of North Carolina. Therefore we the family members were deprived of our grandfather's property, trust funds, land and mutual funds by the state as well as Mary R. Smith. This act was based on the unsoundness of mind and fraud being as though "he was sick and delirious he was not able to carry out his last will and testimony quoted by Mary R. Smith" in legal documents. "She did what she thought he would want her to do" also quoted by her in legal documents.

This action is to declare acts of fraud, improper execution based on unsoundness of mind all land, property, trust funds, and mutual funds was given away unlawfully. We wish to contest all documents by Mary R. Smith, The University of North Carolina, The Episcopal Church of North Carolina and the State of North Carolina that will bring justice to our family. The defendants committed these unlawful acts, which is in violation of the Federal Law and in violation of the United States Constitution. The

family of Francis J. Smith would like to compensate on our own behalf of sovereign

immunity. We would like to formally request to all defendants to waive whatever

immunity it may claim to this suit in the interest of fairness and in the interest of justice.

The land, mutual funds, trust funds and inheritance, which is the subject of this action, is

the aboriginal property of Francis J. Smith and descendants. We the family bring this

action on behalf of it plaintiffs in hope that it may hasten the process of justice, peace and

respect among all who inhabit his land, property, trust funds and mutual funds.

**III.**                           **PARTIES**

That the defendant offices of the State of North Carolina, of the University of North

Carolina, Office of the Western Diocese Protestant Episcopal Church, Office of the

Administration of Court, Office of North Carolina State Treasury Department. Is in or

has at all times pertinent here to involve in the acts as complained of this civil action.


**IV.**                           **FACTS**

That plaintiff or pro se, Burnie Majeed Sr. and Family is in fact the grandchildren

of Francis J. Smith who died in 1877, and is an citizen of the United States his family

members was at all times pertinent hereto when the acts that are complained of were

committed by all of the defendants herein. The defendant offices of the State of North

Carolina facilitated his land to business of interest.

The defendant office of the administrative of court failed to notify Francis

J. Smith children to appoint head over his estate instead appointed his sister

who made use of by donating his land away. In addition, this office fails to recognize

that Mary R. Smith committed forgery acts by filing that she was is wife to keep from his natural born children. That the defendant office of the state took over the land owned by Francis J. Smith and made use of it for it own good this land consist of all Smith Level Rd then merge across Jones Ferry Rd, which was inherited to him by our great grandfather Francis Jones and should have been passed down in the family generation. That the defendant office of University of North Carolina received land from Mary R. Smith in donation to be converted into an permanent Trust Fund for education for students instead of Francis own children use. This scholarship is known as Francis Jones Smith. The defendant office of The Western Diocese Protestant Episcopal Church, Our grandfather land and money was donated with a stipulation to this organization. His children and grandchildren could not as well benefit from this organization as well due to ethic issue.

During the time when these acts was committed our family could not bring this complaint to justice due to prejudice, and ignorance of color issues. Another reason that our family could not bring this complaint to justice was due to no legal opportunity for us to file this or any similar suit. The federal courts did not have jurisdiction to acknowledge such lawsuit before 1974. (Robertson Declaration) 44-49. The jurisdiction of United States Supreme Court was in fact not available to Indians or people of color, although the mixture of race plays a factor in this complaint, our family members were not look upon as equal. The court ruled in 1831 that the Cherokee Nation did not constitute a "foreign state". for purposes of Article III. Original Jurisdiction.(Robertson Declaration) 44. Our family member put trust in the state court of administrative to properly divide his land regardless of color or creed among his only daughters that

recited with him until his death. That the plaintiffs or pro se family members lived

in great wealth until their father (our grandfather) died and the wealth was strip

from them due to improper management of land and funds. From then on our family was

push into poverty due to these viscous acts. Pro se or plaintiff and family rights were

being ignored and the world was being desecrated. Although prejudice and ignorance of

color was an issue until about the 1970's pro se and family put trust in the state of North

Carolina to recognize us as the aboriginal owner's of the late Francis J. Smith land and

estate. This is an action to declare that this certain land and property of prose and family

which should be inherited to his grandchildren by the original owner Francis J. Smith.

This land and estate goes as far and beyond the state legal concepts of ownership,

possession, or other legal rights. It is pro se and family duty to pass on this land and

property to future generations. Pro se and family wish to make the wrongful deed

of our aunt Mary R. Smith into an rightful deed by contesting the will of our grandfather

Francis J. Smith on ground of Exhibit A, B,C,& D (please see the attached documents) on

all grounds we would like to bring this to the honorable court.

Exhibit A) document filed by the State of North Carolina that Mary R. Smith was

in fact Francis J. Smith widow.

Exhibit B) documents in Francis last will of testimony quoted by Mary R. Smith that

"Francis was delirious meaning not in his right state of mind" and "she did what she

thought he would of wanted her to" meaning he did not ask her to give away his estate

she did this on her own.

Exhibit C) documents of my family history book "Proud Shoes" by Pauli Murray that

were actual facts about Francis, Harriet and their children.

Exhibit D) Family Tree that we are in fact Francis J. Smith natural born grandchildren.

## IV.                      PRAYER FOR REIEF

Pro se and family would like to bring this action to seek redress of numerous wrongs committed against our family by the defendants as the result of the premature incorrectly implemented and unlawful discrimination of the state to recognize Francis J. Smith as our natural born father and grandfather.

Pro se and family pray that the honorable court help us resolve this matter and bring this action to justice. Pro se and family pray that the honorable court grant us our wishes in contesting the will of our grandfather Francis J. Smith.

Wherefore, prose or plaintiff prays for a declaratory judgment declaring that the pro se or plaintiff and family would like the return of our grandfather Francis J. Smith land, property, trust funds, and any persons who benefits from our grandfathers estate.

We the plaintiffs or pro se seek declaratory relief recognizing that, because defendants failed to correctly implement and execute toward them federal termination laws intend to terminate our status, as family we never relinquished that status.

Plaintiffs seeks to be compensated for 30 family members for damage suffered by them for over 120 years, Pro se request trial by jury.

Sincerely yours,

Burnie L. Majeed Sr.   etal

Burnie Majeed Jr.

Kenya Majeed

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

**I (a) PLAINTIFFS** BURNIE MAYEED SR ETAL
BURNIE MAYEED JR.
KENYA MAYEED

**DEFENDANTS** STATE OF NORTH CAROLINA ETAL

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF #007
(EXCEPT IN U.S. PLAINTIFF CASES)
88888

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT 88888
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
128 ROSE DRVIE 856-223-1296
MULLICA HILL, N.J. 08062

JURY ACTION

CASE NUMBER   1:07CV00222

JUDGE: James Robertson

DECK TYPE: Pro se General Civil

DATE STAMP: 01/31/2007

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☑ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E.  General Civil (Other)   OR   ☑ F.  Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☑ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(4)

| ☐ **G.** *Habeas Corpus/ 2255* | ☐ **H.** ◯ployment *Discrimination* | ☐ **I.** *FOIA/PRIV◯Y ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |

| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

Ⓧ **ORIGIN**

☒ 1 Original
Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ Multi district Litigation | ☐ 7 Appeal to District Judge from Mag. Judge

**Ⅵ. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*IMPROPER MANAGEMENT OF LAND, TRUST FUNDS, MONIES AND WILL*

**Ⅶ. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint **JURY DEMAND:** ☒ YES ☐ NO

**Ⅷ. RELATED CASE(S) IF ANY** N.P (See instruction) | ☐ YES ☒ NO If yes, please complete related case form.

DATE 1/31/07 SIGNATURE OF ATTORNEY OF RECORD *Burner Alford*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.     CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.     RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

EXHIBIT A

...me person?. *Debts owed by his...

...ile of Elizabeth Smith, 1830. Inventory includes 1 slave.  Items bought by
ally Smith and Wm Smith, et al.

...ile of Dr. Francis J. Smith, 1877, widow is Mary R.  Frank died intestate.

...ile of Frank Smith, 1900, Sale items bought by Newlin Smith, et al.

...ile of George Smith, 1842, Wesley and David Smith mentioned.

...ile of George Smith, 1898 (No information).

...ile of I. S. Smith, 1849, widow, Mrs. Delia.  Children: Mary, Francis J. and
...idney.

...ile of James Smith, 1840, widow Lucy W.  Died about 28 Oct. Land on Bach
...reek, 639 acres.  Daughter Sarah Smith.  Debts owed by Gabriel B. Smith, and
...homas Smith.  Elizabeth Wells was a daughter.  Harris Smith and Andrew H.
...mith bought items at sale.  Joseph Smith rented a plantation.  Antrican?
...mith owed a note.  Division of land: Heirs being, Harris J. Smith, Andrew H.
...mith, Helah B. Smith, Sarah J. Smith, Elisha Wells, William G. Smith and
...ames M. Smith.  Mentions wife Elizabeth (?) in the division. William G.,
...elah B., James M. and Harvey A. are minor heirs.

...ile of James Smith, 1842--James Smith and William Smith (the later being
...nder 21).  They as tenants in common own land on Cain Creek adjoining William
...rawford, John O'Daniel.  They wish to sell the land.

...ile of James Smith, 1826, widow Anna.  James died 17 January, 1826,
...ntestate.

...ile of James L. Smith, 1853, John H. Paul, adm.

...ile of James M. Smith, 1880.  John W. Smith, adm swore that he had died
...ntestate.  Heirs: Addie J., T., R.B., and John W. Smith

...ile of Jesse Smith, 1869.  Jesse was a citizen of Guilford County when he
...ied.

...ile of John Smith (no date) James Patterson, adm.

...ile of John Smith (see Willis Wells, 1853) No documents in folder.

...ile of John Smith, Sr. c. 1793, Samuel Smith, adm.  Isaac Williams and John
...mith promise to pay the estate 741 Spanish dollars, it being for value
...eceived (3 Sept 1793).  Another note, same parties, same date for $1142.

...ile of John Smith, 1809, John Smith adm.  Bond: John Smith, G? Compton and
...obert Smith.  Bond was for L2,000.  The widow was Sarah Smith.  At the sale
...tems were bought by Robert Smith, John Smith, Sarah Smith, Polly Smith,
...obert Smith, Jr. James Smith William Smith Sr. et al.

...ile of John Smith, 1847--Margaret was the widow.  Land on Little River.   John
...iding, adm.  Heirs: Sonja Smith, Robert Smith, Jamble? Smith, John Smith,
...arah Ma? Urah Wilkinson, Mary E. Smith, Willie Smith and Martha Smith.   The
...ast three are under 21.

07  0222

**FILED**

JAN 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT B

No. 60. Administrator's Oath. –Printed and for sale by EDWARDS, BROUGHTON & Co., Printers and Binders, Raleigh.

# The State of North Carolina,

_Orange_ _____ County. } ss.  In the Probate Court.

I, _Andrew Mickle_ _____, do solemnly swear (or affirm) that I believe that _Frances J Smith_ _____ died without leaving any last Will and Testament; and that I will well and truly administer all and sin- ular the Goods and Chattels, Rights and Credits of the said _Frances J Smith_ _____, and a true and perfect inventory thereof return is provided by law; and that all other duties appertaining to the charge re- osed in me, I will faithfully and honestly perform with the best of my skill nd ability: So help me God.

_A. Mickle_

Sworn and subscribed before me, this 18ᵗ day of _Decr_ _____, 1877.

_Geo Laws_ _____, **Probate Judge.**

07 C222

FILED
JAN 31 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Codicil to my last will & testament

1st. I desire that the fund left to the Trustees of the University in my will shall be called by the name of my brother, once owner of the land bequeathed, Francis Jones Smith.

2nd. Being desirous to carry out what I think were his views, I revoke so much of my will as gives the Bishop or ecclesiastical authority of the Diocese of North Carolina right to nominate students to be educated out of the profits or interest of said fund, and I give such right of nomination to the Faculty of the University, or a majority of them, and if from any cause such tuition cannot be paid, then I desire such profits or interest to be used exclusively for the maintenance and equipment of the University, not to be liable for any of its debts.

Witness    Witness my hand this day Jan 29th 1881

James P. Battle

I, Mary R. Smith of the County of Orange, do declare the following to be my last will & Testament.

1st    I devise the tract of land on which I reside, about 15.00 hundred acres, of several tracts originally, but now used as one tract, including all the lands in Orange County I own outside of Chapel Hill, & also all the Stock & Farming implements used on said land, to my dear friend Maria L. Spear during her life, & after her death, to the Board of Trustees for the Protestant Episcopal Church in the Diocese of North Carolina, appointed to hold the property of the Diocese not otherwise provided for by the Gen. Convention of said Diocese, as authorized by act of the Gen. Assembly of North Carolina in such case made and provided, said Trustees to have full power to dispose of the same in fee simple & absolutely as said Convention may direct specially or by general Ordinance. This devise however, subject to the exceptions hereinafter mentioned.

2nd    Out of the aforesaid tract I devise to Cornelia Fitzgerald, wife of Robert Fitzgerald (coloured) for her life, free from the control or debts of her said husband, & after her death to her children, one hundred acres of land out of the aforesaid tract.

3rd    I devise to Julius Smith (coloured) likewise out of the

tract on which I . . . live, twenty five air . . . in fee. It is my will, that the devise to Cornelia Fitzgerald & to Julius Smith shall take effect at my death; & the tract given them be good land, equal to the average of the whole tract, with a fair proportion of wood & arable land, & to be laid off by metre & bounes by three white Commissioners, one to be chosen by the said Trustees of the Church, the other by the devisee or devisees interested. The Mother if living to choose for herself & children. & those two to choose a third. My Executor to make conveyances according to the report of said Commissioners or a majority of them, which report shall be final & the terms of this will.

4th    All the real estate owned by me in the village of Chapel Hill, except the Sam Morphis lot, hereafter mentioned, I devise to the Trustees to hold property for the Diocese of North Carolina aforesaid, in trust for the Chapel of the Cross in Chapel Hill, or by whatever name the said Church may be known, to sell or dispose of as they may deem best for the same.

5th    The debt due by Sam Morphis to my brother Frank's estate, & also whatever interest I now have, or may hereafter acquire in the house & lot in Chapel Hill on which said debt is secured by mortgage, occupied by Sam Morphis, I devise & bequeath to the little son of Henry Morphis named Sam. If said debt should be paid, to said estate and the house and lot redeemed, I bequeath the principal thereof to the same Sam, son of Henry Morphis.

6th    Whatever of my household & kitchen furniture

Miss Marie Spear wishes to have, I bequeath to her absolutely, what she does not want, I give to Cornelia Fitzgerald, Emma Morphis, Annette Kirby, & Laura Toole all colored, equally to be divided between them.

7th    I bequeath out of any moneys on hand, or due me, to Ed. Cole (colored) one hundred dollars, to Sally Jones (colored) one hundred dollars, & to my name sake Mary Ruffin Smith, daughter of Rev. Columbus Smith, deceased, of Mississippi, two hundred dollars. The residue of all moneys due me, & also any property not specifically willed, I give to the Trustees of the Episcopal Church aforesaid, in trust for the Diocese of North Carolina.

8th    I devise out of the Jones Grove tract in Chatham, lately owned by my brother Dr Francis J. Smith, to Emma Morphis, wife of Henry Morphis (colored) one hundred acres; to Annette Kirby, wife of Ed. Kirby (colored) one hundred acres, & to Laura Toole, wife of Gray Toole colored, one hundred acres of land, for their respective lives, free from the control or debts of their said husbands, & after their deaths to their children in fee. If either said Emma, Annette or Laura, shall make conveyance of their estates for life, or give a lien on the same by mortgage or otherwise, their estates shall cease, & their children respectively shall become immediately entitled to the land of their mothers. Said tracts shall be laid off out of said Grove tract by three white commissioners, one to be

chosen by the parties chosen, the mother, if living, to choose for herself & children, another by the Trustees of the University of North Carolina. These two to choose a third. My Executor to make deeds to said parties, according to the terms of this bill. So the report of the Commissioners, or a majority of them, said Commissioners are to lay off good land of the average of the whole tract, with a proper proportion of wood & arable land, but their decision, or that of a majority, in any event shall be final.

9th     All the residue of said Jones' Grove tract, late the property of my brother Dr. Francis J. Smith, I devise to the Trustees of the University of North Carolina, not to be subject to any of their debts at any time contracted, with liberty to sell the same in fee, to invest or reinvest the proceeds in trust, to hold the property or proceeds as a perpetual fund for the Education at the University, of such Students as may be designated from time to time by the Bishop or Ecclesiastical authority of the Diocese of North Carolina, the interest or income of said fund only to be expended, such Students to be subject to the general rules & regulations of the University.

    I appoint & request my friend Hon. K. P. Battle to be the Executor of this my will, Written this twenty seventh of April, eighteen hundred & seventy seven -

        Mary R. Smith

Witness ——

    Kemp P. Battle
    W. C. Cole

Wherias I design to have the tracts of land mentioned in the foregoing Will and designed for Cornelia, Emma, Annette & Laura on certain conditions, laid off in my life time, and to build houses thereon, therefore it is my will that the said Cornelia Emma, hetty & Laura shale have title to the tracts severely assigned them according to the terms of the will made after my death in case I do not make such title myself & if the houses on each tract shall not be finished & paid for by me I desire my Executor to finish the same out of any monies on hand or due me each house not to cost more than one hundred & fifty dollars

In testimony whereof I sign this as a codicil to my will to be a part thereof.

Witness                                    Mary R. Smith.

Wall. H Battle

Champ T. Battle

Codicil to my last will & testament

1st I desire that the fund left to the Trustees of the University in my will shall be called by the name of my brother, once owner of the land

It is my will that whatever real estate I own at my death in the corporate limits of the Village of Chapel Hill shall go in fee to the wardens and Vestry of the Chapel of the Cross. Chapel Hill, to be held or disposed of as they may deem best for the Parish & I revoke as much of my will as gives said property to the trustees to hold property for the Diocese. Witness my hand this seventh day of Feb 1881.          Mary R. Smith.

Attest

Kemp P. Battle

W. C. Cole

State of North Carolina ) Before the Clerk of
Orange County           ) the Superior Court.

A paper purporting to be the Last Will and
Testament of Mary R. Smith deceased bearing
date April 27th 1877, with certain papers as
codicils thereto on bearing date ___.     and
witnessed by Will. H. Battle and Kemp P. Battle.
a second bearing date Jan 29th 1881. A third
bearing date Jan 29th 1881. and a fourth bearing
date Feb. 7th 1881 – is exhibited before me, the undersigned Clerk
of the Superior Court of Orange County by K. P. Battle there in ___
And the due execution of the papers, bearing
date April 27th 1877, January 29th 1881
and Feb. 7th 1881 by the said Mary R. Smith
by the oath and examination of Kemp P.
Battle and W. C. Cole the subscribing
witnesses thereto who being duly sworn doth depose
and say

_____, and each for himself deposeth and saith, that
he is a subscribing witness to the paper-writings now shown him, purporting to be the last will and tes-
tament of *Mary R. Smith and the codicils thereto* ___; that the said
*Mary R. Smith* ___, in the presence of this deponent, subscribed ~~his~~ her name
at the end of said paper-writings which is now shown as aforesaid, and which bears date of the
*April 27th 1877* ~~day of~~ *Jan 29 1881 and Feb 7*, 1881.

**And the Deponent further saith,** That the said *Mary R. Smith*
_____ the testator aforesaid, did, at the time of subscribing ~~his~~ her
name as aforesaid, declare the said paper-writings so subscribed by ~~him~~ her and exhibited, to be ~~his~~ her Last
**Will and Testament,** and this deponent did thereupon subscribe his name at the end of said
Will as an attesting witness thereto, and at the request and in the presence of the said testator.
And this deponent further saith, that at the said time when the said testator subscribed her name to
the said last Will *and codicils* as aforesaid, and at the time of deponent's subscribing his name as an attesting

No. 60. Administrator Oath.—Printed and for sale by EDWARDS, BROUGHTON & Co., Printers and Binders, Raleigh.

# The State of North Carolina,

*Orange* .............. County. } ss. In the Probate Court.

I, *Andrew Mickle*, ..............., do solemnly swear (or affirm) that I believe that *Francis J Smith* .............. died without leaving any last Will and Testament; and that I will well and truly administer all and sin-gular the Goods and Chattels, Rights and Credits of the said *Francis J Smith* .............., and a true and perfect inventory thereof return as provided by law; and that all other duties appertaining to the charge re-posed in me, I will faithfully and honestly perform with the best of my skill and ability: So help me God.

*A. Mickle*

Sworn and subscribed before me, this *18* day of *Dec*, 1877.

*Geo Laws* .............., **Probate Judge.**

Miss Mary Smith

care to Gordon

on the Estate of

Frank Smith

A needle arm
of
Dr A Smith
sustaining

Rebecca Reij 461

North Carolina
Orange County

I hereby relinquish my right to administer on the estate of my brother, Francis L. Smith, and request the Court to appoint Wᵐ Andrew Mickle in my stead.

Mary R. Smith.



**University of North Carolina,**

Chapel Hill, N.C., Apr 19 1878

As Administrator on the estate of Dr Francis J Smith dec, the following claims have been placed in my hand —

One Note on Wm A Graham Amt, of 3299 23/100, date Feby 26th 1869 — Rate of interest not designated —

Payments on above — $1500  Jany 1 — 1872
      "        "        "        $1500  Oct 8 — 1873

One Note on Robt Graham Wm A Graham Surety — amt of $1500 00 bearing int from Jany 20, 1872 — at the rate of 7 per cent —

Int credited on above for the years /72 /73 & /75

There has been paid H Miskle as Admr, on Note Wm A Graham $550 00 Feby 6/78

The above Amt paid over to Mary R Smith Feby 6th 1878 —

Sworn to & Subscribed
20th April 1878

Geo Sary
Probate Judge

H Miskle Admr
Dr F. J. Smith

Application for
Letter of Administration
on the Estate of
Francis J. Smith
18th Dear 1877

*Orange* **County:-- In the Probate Court,**

In the matter of the Administration

of the estate of *Francis J Smith* }          Before *George Laws*

                                                                    Probate Judge.

*Andrew Mickle*                                        Being sworn doth say:

That *Francis J Smith* _____, late of said County, is dead, without leaving any

Will or Testament; and that *Andrew Mickle* _____ is the proper person en-

titled to Letters of Administration on the estate of the said *Francis J Smith*

*Miss May Smith having declined to qualify in writing herewith filed*

      Further, that the value of said *personal* estate, so far as can be ascertained at the date of this

application, is about $ *3000 00* , and that *Mary B Smith*

_____

_____

_____

_____

*y* are entitled as heirs and distributees thereof.

                                                        *A Mickle*

Sworn to and subscribed before me,          )

  this *18* day of *Decr* 187*7*                )

                *Geo Laws*

                Probate Judge.



Jno W Graham
a Spt.
Francis F Smith

Dec 1st 1891

No. 81.—Application for Letters Administration.—Printed and for sale by Edwards Broughton, Printers, Raleigh, N. C.

*Orange* County—In the Superior Court.

IN THE MATTER OF THE ADMINISTRATION OF THE
ESTATE OF

*Dr Francis J Smith* deceased.

Before

*S. M. Gattis* C.S.C.

*Jno W Graham* , *being sworn, doth say:*

*That* *Dr Francis J Smith* , *late of said County, is dead, without*

*leaving any* **Will** and **Testament**, *and that* *Jno W Graham*

*is the proper person entitled to Letters of Administration on the estate of the said*

*Further, that the value of said estate, so far as can be ascertained at the date of this*

*application, is about $* *85* *, and that* *K. P. Battle Exr of Mary R*

*Smith*

*are entitled as heirs and distributees thereof.*

*Sworn to and subscribed before me this*

*1st* *day of* *Dec* *189 1*

*S M Gattis*

*Clerk Superior Court.*

*Jno W Graham*

---

No. 60.—Administrator's Oath.—Printed and for sale by Edwards & Broughton, Printers and Binders, Raleigh, N. C.

# THE STATE OF NORTH CAROLINA,

*Orange* **COUNTY.** **ss.** In the Superior Court.

I, *Jno W Graham* , *do swear (or affirm) that*

*I believe that* *Dr Francis J Smith* *died without leaving any last*

**Will** and **Testament**; *and that I will well and truly administer all and singular the*

*Goods and Chattels, Rights and Credits of the said* *Francis J Smith*

*, and a true and perfect inventory thereof*

The Estate of Dr. F. J. Arnett.
In Final Settlement with J. W. Graham Admr.

| 1891 | | | | | |
|---|---|---|---|---|---|
| Dec | 12 | — Amount rec'd as Direct Tax | | | 88.00 |
| " | 1 | Paid on Letters of Administration | 1.00 | | |
| | | Paid J. M. Gatty on Certificate | | 50 | |
| | | Paid J. H. Holt " " | | 52 | |
| | | Commissions to Admr. | 4 | 50 | |
| | | Due to Jno. Gatty C.S.C. | | 45 | 6 97 |
| | | | | | 81 03 |
| | | Paid to K. P. Battle Exr. | | | |
| | | of Miss Mary R. Arnett | 81 | 03 | |

Jno. W. Graham Admr.
of Francis J. Arnett.

Sworn to & subscribed
before me, Dec. 14th 1891—
J. M. Gatty

Andrew Mickle Admr — The Estate
of Dr F J Smith dec

In act with Estate D F J Smith Dec

| 1878 | | | | | |
|------|--|--|--|--|--|
| Jany | 25 | To Note W A Graham | | | $3299.23 |
| | | int 6 per cent from Feby 26, 1869 | | | |
| | | Cr on above Jany 1/72  $1500,00 | | | |
| | | "  "  "  Oct 8/73  1000,00 | | | |
| | | To Note Robt Graham | | | |
| | | W A Graham Sety | | | |
| | | int from Jany 20th 1872 | | | 1500,00 |
| | | Cr $105 for int yrs/72 $734/75 | | | |
| | | Dr | | | |
| Feby | 6 | By Cash pd Miss Mary R Smith | | | |
| | | Collected on Note W A Graham p Recpt | 550.00 | | |
| Apr d | 13 | To cash pd advertisement per rect | 3.50 | | |
| | | "  "  "  Mrs Lands return | 1.00 | | |
| " | 26 | To cash pd Miss M R Smith | | | |
| | | Collected on Note W A Graham p Recpt | 1000.00 | | |

A Mickle Admr
F J Smith Dec
Chapel Hill
June 20 1879

This day came before me Andrew
Mickle and made Oath as Administrator
that the above return was Correct

Merritt Ch001 J

Estate Dr F J Smith

In acct with A Mickle admr

| 1878 | | | |
|---|---|---|---|
| Jany 25 | By Note Wm A Graham | | |
| | Int from Feby 26/69 | | |
| | O.an above Jany 1/72 $1500.00 | | |
| | "   "   " Oct 8/73   1000.00 | 3299 | 23 |
| | By paymt Feby 6/78 | 55 | 00 |
| | "   " Apr 24/78 | 100 | 00 |
| | "   " Jany 5/80 | 20 | 00 |
| Jany 25 | By Note Robt Graham | | |
| | Wm A Graham sity | | |
| | aate Jany 20/72 | | |
| | Int paid for the years/72-/73 & /75 | 1500 | 00 |
| | Dr | | |
| | To Geo Grahams Note | | |
| | handed over to Mary R Smith | | |
| | less payments endorsed $3299 23 | | |
| | To paymts Made Mary R Smith | | |
| | on Wm A Grahams Note & rects $1750 00 | | |
| | To Robt Grahams Note, handed | | |
| | over to Mary R Smith $1500 00 | | |
| | $1,549 23 | 1549 | 23 |
| | Chapel Hill Sept 1, 1880 | | |
| | A Mickle admr | | |
| | F J Smith | | |
| | Clerks fee on this settlement pd by A M. | 15 | 00 |

The above account was this day acknowledged before me on oath by A Mickle.

the University as if she were one of its chief benefactors. She never forgot that a great-uncle of the Smiths on their mother's side, the younger Tignal Jones, had offered five hundred acres of his estate in 1792 to get the school located in Chatham County. His offer was rejected in favor of a better location in Chapel Hill, but eventually most of the Smith land passed to the institution.

Grandmother related this fact half proudly, half resentfully, and feeling that it had received her inheritance. Mere mention of it aroused only bitter anger in Grandfather and my aunts. Education was a household god at home, yet none of us could attend the University or share the benefits bestowed upon it by Miss Mary Ruffin Smith. When Grandmother began harping on the subject, Grandfather got up disgustedly and stormed out of the room. My aunts started humming and banging things around so they wouldn't hear her. So she made me her wide-eyed audience.

Many a night she sat by the fireplace chewing on her snuff brush and conjuring up the old days at Hillsboro and Chapel Hill before the Civil War. She would trace the Smiths' ancestry back to their maternal great-grandfather, old Tignal Jones, who descended from English settlers in Chatham County during colonial days. Old Tignal's two sons, the younger Tignal and Francis Jones, the Smiths' grandfather, owned thousands of acres of fine timber land and a good many slaves. Francis Jones was something of a local hero around both counties because he had served as a lieutenant in Sharpe's Company during the Revolutionary War. When he died in 1844—the year Grandmother was born—his hands passed to his grandson, Dr. Francis Jones Smith.

Years later when I looked up the records I found Grandmother's family history to be remarkably accurate. But there was one haunting story she told me about the Smiths and Great-grand-mother Harriet which did not appear in the records. I don't think she realized it but she repeated this story again and again with such passionate single-mindedness it was like the recounting of a long-buried wrong which had refused to die and which she expected me to right somehow. I did not hear it all at once. Some of it I found out on my own, but most of it I pieced together from

what I heard her say and the stories she had told her own daughters when they were very young.

When Grandmother spoke of Great-Grandmother Harriet her face saddened and she shook her head sorrowfully. Sometimes she would break off in the middle of her tale and sigh as if to say what that poor woman went through was too painful to put into words. She would forget I was there and sit nodding her head and rocking back and forth, her eyes fixed on the red embers, as if she were caught up in some strange ritual of memory.

After a long while she would say, "My mother was a good woman and did the best she could, but she couldn't help herself." And then, as if running up the whole thing, she would quote the Bible: "The fathers have eaten a sour grape and the children's teeth are set on edge," and add: "How true! How true!"

But it was a different story when she talked of her father. Remembered joy shone in her eyes and her whole being changed and quickened with excitement. An uncontrollable pride in blood welled up in her as she described the ruddy-faced, sharp-eyed, wiry little man with a long bullet-shaped head and quick catlike movements.

"My father walked like he was strung on electric wires and he had a voice that could hold you spellbound for hours. He could make a judge break right down and cry in the courtroom when he was pleading a case." Remembering how Grandmother's own voice rang over the hillside and held the neighbors, I could believe her.

Grandmother referred to the three Smiths of her story as "Miss Mary Ruffin," "Dr. Frank," and "my father, Lawyer Sidney Smith." They belonged to a leading Orange County family which lived first in Hillsboro and later near Chapel Hill. Their mother, the former Delia Jones, came from an old landholding, slave-owning family of Chatham County. Their father, Dr. James S. Smith, a descendant of Scotch-Irish Protestants who settled in Orange County, was one of North Carolina's most distinguished citizens. During Monroe's administration he served as a Demo-cratic Congressman for two terms and later as a member of North Carolina's House of Commons.

The three Smith children were born and reared in Hillsboro,

Case 1:07-cv-00222-JR   Document 1-3   Filed 01/31/2007   Page 1 of 13

FILED

07 0222

JAN 3 1 2007

WHITTINGTON, CLERK
DISTRICT COURT

EXHIBIT C

Later the family moved to Price's Creek, a fourteen-hundred-acre plantation three miles from Chapel Hill on the old Pittsboro Road. By 1850 their land stretched for miles and they owned thirty slaves. Few Orange County families owned more than that. The large white, Doric-columned Smith house sat off the road beyond a great iron gate in a grove of giant oak trees. Grandmother said that when she was a little girl one of her duties in the fall was to rake the oak leaves into great piles and burn them. Dr. Smith was a trustee of the University of North Carolina for many years and his home was a center of political and cultural activity.

Mary Ruffin Smith, the oldest child, was a remarkably intelligent girl and, after the fashion of southern young ladies, was trained by a thorough-going governess, Miss Maria Spear, from New York. In another era, Miss Mary might have had a professional career like her brothers, since she had great ability, was a good manager, read widely on political affairs and maintained a deep interest in medical botany throughout her life. But in her time southern young ladies were not expected to earn a living or have a career. They were trained to become the mistresses of large slave plantations. So she learned music, art, literature and needlework and spent much of her youth painting with water colors and composing songs and ballads. Miss Maria Spear, the governess, was a warm, gentle, compassionate soul whose Yankee heart was opposed to slavery. Mary Ruffin admired and loved her and kept her in the family until her death around 1881, but she never absorbed her gentle ways. She grew into a proud, stern, inflexible woman.

Her two brothers, Francis Jones and Sidney, attended the University of North Carolina. Francis followed his father's profession and studied medicine while Sidney, the younger boy, was attracted to law and politics. He was a fiery orator and developed into one of the county's most effective stumpers. His father turned Whig in 1841 and was defeated for Congress, but Sidney became a leading local Democrat and went to Raleigh in 1846 as a member of the General Assembly.

Folks thought it was a shame that none of the three Smiths married, considering their talents and the fine family they came from. It was taken for granted that Miss Mary Ruffin would make

one of the best catches in the state and that the boys would marry well and have distinguished careers like their father. Everything pointed that way. But as years passed and the Smith men were still bachelors, people hinted darkly that Frank and Sid had wild blood in them. They said their devilment just about wrecked their own lives and drove Miss Mary into a lonely spinsterhood.

Of course some folks said that Harriet was at the bottom of all the trouble, as if she were to blame, although she was the one person who never had any choice at all. Folks claimed that if she just hadn't come to the Smith home, Frank and Sid might have settled down to solid respectable married lives. Nobody would have condemned them too harshly for doing what many southern men of high standing had done—bred two lines of children simultaneously and on the same place, one by their lawful white wives and the other by a slave concubine.

It happened in the best families all the time. It was a sickness of the times which everybody talked about but nobody stopped. The southern lawmakers spent their energies arguing that there was an impassable social gulf between blacks and whites and slavery was therefore the natural condition of the blacks. Yet while they argued, their wives at home secretly hated slavery for the oldest of human reasons. The southern woman was never sure of her husband's fidelity or her sons' morals as long as there was a slave woman in the household. The slave woman's presence threatened her before her friends. She was confronted with a rival by compulsion, whose helplessness she could not fight. Nor could she hide the mulatto children always underfoot who resembled her own children so strongly that no one could doubt their parentage.

It was to Dr. James Smith's credit that he had kept free of this sort of thing. Until he bought Harriet, the slaves he owned were listed as Blacks and there were no mulatto children on his place. In 1834, when Mary Ruffin Smith turned eighteen, she had her coming-out party. The family lived in Hillsboro at the time and kept only a few household slaves on their place. The boys were away in school at Chapel Hill. Dr. Smith was deep in a political campaign to win election as a delegate from Orange County to the state constitutional convention. The Smiths entertained fre-

Case 1:07-cv-00222-JR     Document 1-5     Filed 01/31/2007     Page 3 of 13

38

P R O U D   S H O E S

quently and now they know that Miss Mary Ruffin was of an age to go about in society, it seemed fitting that she have her own personal maid to accompany her and to serve her at home when she received guests. So that fall Dr. Smith bought Harriet, a fifteen-year-old beauty, paid $450 for her—a tidy sum in those days—and congratulated himself on getting an unusually good bargain.

Even then Harriet was known to be one of the most beautiful girls in the county, white or black. She was small and shapely, had richly colored skin like the warm inner bark of a white birch, delicate features, flashing dark eyes and luxuriant wavy black hair which fell below her knees. She was shy and reticent but her eyes talked. I never knew whether she had any Negro blood. Grandmother always said she was three-fourths white and one-fourth Cherokee Indian. It was not uncommon to find Indian mixtures among the slaves. Indian girls were frequently kidnaped and forced into slavery as concubines during colonial days when white women were scarce and the white settlers raided the Indians. There were many skirmishes between the settlers and the Cherokees of western North Carolina before the Cherokee tribe was driven out and made its sorrowful pilgrimage over the Trail of Tears into Oklahoma. The Indian women lost their identity, were listed as mulattoes and were often used as breeders. Their children brought high prices in the slave market. This may have happened to Harriet's Cherokee grandmother.

At the time, Mary Ruffin Smith considered herself most fortunate to have such a handsome young slave girl. She showed off her new maid to her women friends as one displays fine furs or jewelry. She was not beautiful herself—she was a tall, angular, dark-haired, sallow-skinned young woman, inclined to be stiff and awkward—but she commanded another's grace, which was the next best thing to being beautiful. Harriet was a well-mannered, reserved, devoted servant who apparently accepted her lot without question and was unconscious of the striking contrast between them. She waited on Miss Mary hand and foot, and for the first few years of her service she slept on a straw pallet just outside Miss Mary's door where she could waken at her mistress' slightest call. She went with her almost everywhere and was an unobtrusive figure in the background to attend Miss Mary's needs in public.

P R O U D   S H O E S

39

As Harriet grew older she grew more lovely, and her striking looks drew attention to her wherever she went. Miss Mary noticed that in public her slave girl far more than herself was the object of quick admiring glances from strangers. It was the same way at home when the Smiths entertained. Their guests could scarcely conceal their open-eyed admiration. The women were frankly envious while the men, young and old, stared at Harriet without restraint when she came into the room. They'd leave the most weighty conversation hanging in mid-air to appraise her from head to foot. No one could deny that they knew a good thing when they saw it. After all, these experienced plantation owners were accustomed to judging good horseflesh or sizing up prize cattle at a glance. They did the same with slaves. Dr. Smith's associates tried to outbid one another with handsome offers to buy Harriet, but while he enjoyed all the fanfare he did not need the money and told his friends she was not for sale. Not to be outdone, some of them tried to hire her out for breeding, but Dr. Smith only chuckled and said his daughter could not spare her.

Harriet was around twenty when she expressed the desire to marry young Reuben Day,* a free-born mulatto who lived and worked around Hillsboro. Dr. Smith readily gave his permission. It was a good match. He cared nothing for free Negroes generally—he had helped to change the state constitution in 1835 to take away their vote and bar them from education—but he had no objection if one of them wanted to marry his slave girl. It was good business. He had no obligation to the husband, and every child by the marriage would be his slave and worth several hundred dollars at birth.

Grandmother thought mighty well of the Orange County Days. They were a near-white family who had been free for several generations. The older ones had purchased themselves or been emancipated by their white kinsfolk and most of the younger ones were "free issue," or born free. They were free and proud, and proud as tom turkeys. They had good reason to be proud, because they owned a little land and kept themselves afloat in spite of the hard times which faced all free Negroes in a slave state. The slaveowners were so afraid their slaves would revolt if they saw

*In official records, William Day; probably Reuben William Day.

the free Negroes got ahead that they made the laws especially oppressive against free colored people.

Grandmother never knew her mother's husband, Reuben Day, but she used to talk a lot about his brother, Tom Day, who was well known in ante-bellum North Carolina.¹ Tom was a fine cabinet-maker who had his own business. Wealthy white people came to him from all over the state to have their furniture made to order. By 1860 he was so prosperous he owned three slaves himself whom he used in his business. Grandmother said that when his wife died many years later he made her a rosewood coffin with his own hands.

Reuben Day was not so fortunate. He was a farm worker with no special trade. Reuben and Harriet could not even live together. They had to share brief visits in a little cabin on the Smith lot when Reuben was given permission to see her. When their son Julius was born around 1842, he was a Smith slave like his mother. Reuben did not like this arrangement, of course, and often talked of buying freedom for Harriet and her child, but they were high-priced slaves and it would take many years to save up the purchase money.

That was the way things stood when Francis and Sid came home from school and began practicing their professions around Hills-boro. They had not seen much of Harriet during their school days, but now they found a mature woman just a little younger than themselves and good to look at. Each had the same thought when he saw her and each read the look in the other's eyes.

Sidney had always been a hot-blooded, impetuous little fellow who hurled himself with single-minded fury into whatever caught his interest. Francis was by nature more cautious and restrained. Sidney exploded and spent himself, but Frank knew how to wait and bide his time. He was a tall, dark, brooding man who seemed withdrawn much of the time. While he said little and seemed calm and self-possessed at all times, he had a terrible temper beneath his quiet exterior.

Before long everybody in the house knew that a storm was brewing between the brothers and that Harriet was the cause of it. Francis watched her furtively from a distance, but Sidney was open with it. From the moment he returned home he could not

---

leave her alone. His eyes followed her everywhere when she was in the room. He seemed to be always just behind her when she went out the door or standing in the shadows just behind her when she went to her cabin at night after her work was done. He would confront her suddenly on the stairs or in a hallway, block her passage and try to talk to her. She began to dread the sight of him and evenings when she finished her duties at the Smith house, she fled to her cabin, nailed the door from the inside, put sticks across the window and lay trembling for hours.

One day Sidney cornered her in the study and tried to kiss her. She fought him off and ran screaming from the house. Francis heard the fuss and that night the brothers quarreled about it after supper.

"Why don't you leave the girl alone, Sid?" Francis asked.

"That's my business," said Sid.

"Listen, you bullheaded fool," roared Frank. "If I ever catch you on that woman, I'll beat the hell out of you. You won't live to tell the tale."

There was an uneasy truce for a while after that, but Harriet felt like a hunted creature. When Sidney wasn't following her around, Francis' eyes were on her with an unmistakable look in them. Each brother was biding his time. She grew thin and haggard and Miss Mary frequently caught her weeping. Miss Mary was nobody's fool. She had watched her brothers and seen what was coming. Her mother was a meek, delicate little woman who had never taken a strong hand in her sons' affairs and only wrung her hands about it. She spoke to her father, but Dr. Smith seemed strangely unconcerned. He was the boys had to sow a few wild oats and they'd get over it. Miss Mary hoped desperately Frank and Sid would get interested in some of the eligible young women in their social set, but neither of them showed the slightest inclina-tion to take a wife. They had eyes for no woman but Harriet.

Then one evening Sidney walked up to Harriet's cabin as she was saying good night to Reuben.

"Say boy, what're you doing on this place after nine o'clock? You're not one of our slaves," he said.

"You know me, Marse Sidney," said the astounded Reuben. "I'm Reuben Day, Harriet's husband."

"Husband!" Sidney exclaimed as if it were the first time he had heard such a thing.

"Yes sir. Me and Harriet got married more'n two years ago."

"Somebody's been fooling you, boy. Don't you know slave marriages aren't recognized in this state?"

"Oh, but you see Dr. Smith fixed it up for us. He gave us permission and the preacher said words over us. We're married all right."

"Can't help what the preacher said. You're up against the slave law."

"But Marse Sid, I'm free born and—"

"Then it's too bad you married a slave woman. You'll have to get yourself another wife."

Reuben was stunned. Harriet clung to him wordlessly. Fury and frustration boiled in him but he was helpless. Behind the evil little man who leered at him in the darkness was the oppressive weight of southern law and custom.

"And besides," Sidney was saying, "we don't want you on this place. You're a trespasser and if you come back, I'll have you whipped and thrown in jail."

Reuben started to say something, but Harriet clapped her hand over his mouth and pushed him through the door.

"Do like he says, Reuben," she pleaded. "Don't say no more. It'd only make it worse. Just go now."

Reuben had to leave without a word to Harriet. That was the last she ever saw of him. He tried to slip back to see her once more, but Sidney caught him on the lot before he reached her cabin. Frank was into it too. The brothers beat Reuben with the butt end of a carriage whip and when they finally let him go they told him if he ever came back on the Smith lot they'd shoot him on sight. He disappeared from the county and nothing was heard of him again.

Harriet had no one to turn to now. The other slaves on the place had watched this little drama and knew how it would end, but they kept their distance. They had learned that a slave was a marked woman when she got mixed up with the men in the Big House. Her own men were afraid to have anything to do with her and it wasn't safe for her to have a husband of her own. Look at

what had happened to Reuben Day, a free man. The women felt sorry for Harriet, of course, but it was an ill wind that didn't blow somebody some good. If Marse Frank and Marse Sid wanted Harriet and got used to her, it might save their own skins for a while.

It was inevitable that Sidney should be the first to break the truce. It happened right after Reuben was run off the place. Harriet had nailed up the door as usual and put barricades against it. Later that night, after everyone had gone to bed, the other slaves heard Marse Sid break open Harriet's door. Ear-splitting shrieks tore the night, although he stuffed rags in the door and window cracks to muffle Harriet's cries. They heard little Julius screaming and Harriet's violent struggle before Sidney had his way with her. Nobody interfered, of course.

That was only the beginning. After that first night, Harriet went into fits of hysterical screaming whenever Sidney came near her. The more she reviled him the better he seemed to like it. He raped her again and again in the weeks that followed. Night after night he would force open her cabin door and nail it up again on the inside so that she could not get out. Then he would beat her into submission. She would cry out sharply, moan like a wounded animal and beg for mercy. The other slaves, hearing her cries, trembled in their beds and prayed silently for her deliverance.

It came one night when Francis laid for Sidney and caught him just as he was coming out of Harriet's cabin. The brothers had it out once and for all, and there was a terrible fight. Early the next morning one of the slaves found Marse Sid lying unconscious in the yard, his clothes soaked with blood and an ugly hole in his head. He got over it but it was a long time before he was up and about again. The Smiths never talked about what happened that night; they hushed it up and told some cock-and-bull story about Marse Sid falling off his horse. The slaves knew, however, that Marse Frank had carried out his threat.

Sidney was only twenty-four at the time and had a bright political future ahead of him, but he was never quite the same after that beating. He took to drinking and brooded his life away. He went down to Raleigh for one term in the legislature and there were flashes of brilliant success here and there when he was sober, but

P R O U D   S H O E S

in the end he turned out to be one of the worst drunkards in the county.

He learned his lesson. He never touched Harriet again after that night. She was at last free to come and go unmolested, but for months afterward there was a wild look in her eyes as she carried Sidney's child and she went about with a silent smoldering hatred against him to the end of her days.

# 4

EVERYBODY around Hillsboro had heard how Frank and Sid Smith had run Harriet's mulatto husband out of the county and fought over her themselves. The family tried to laugh it off as ignorant slave gossip, but it was no laughing matter when Grandmother was born on the Smith lot in early February, 1844. Here was the proof of the pudding. She was indistinguishable from a white child and she had Sidney's features. What was more, he was gleeful over her birth. He refused to keep quiet about it and went around boasting to his friends about his fine little daughter.

Dr. Smith was frankly ashamed of his son but had long since ceased to have any influence over him. Luckily he had retired from politics after his defeat a few years earlier or this might have been used against him publicly. Mrs. Smith was heartbroken over the whole thing and some folks thought the shock of it hastened her to her grave. Francis, of course, had already gotten his revenge and said little about it except that he'd kill Sidney and hang for it if it ever happened again.

Mary Ruffin Smith was mortified. She had a strong conscience and deep family pride. She felt Sidney had disgraced them all. Not that she had ever seriously questioned slavery as a way of life or the foundation of her family's wealth and privilege. Nor had she ever disputed a master's absolute right over his slave's person even when it included assault and rape. She had heard her father and

Judge Thomas Ruffin expound these views too often to believe otherwise.

The whole thing fell on her shoulders because Harriet was her servant. She was too valuable to get rid of and, besides, the damage was already done. What was to be done with her little bastard? Put it in the slave quarters, of course, and try to live it down. Here was the rub. It was not so easy to act according to fixed ideas when something happened in one's own family. Try as she might to avoid the truth, it struck her with shattering clarity that this was Sidney's child, a Smith! She couldn't get around it. Slavery had produced its own monstrosity in Miss Mary's home as it had done elsewhere. Smith progeny had been born into slavery. It could be bought and sold like any other property and in time this girl child of Smith blood could be bred to other men no better or worse than her own father, Miss Mary Ruffin realized with horror that this bastard slave child was also her own flesh and blood—in fact, her niece.

Thus she warred with herself. There were no heirs in the house to soften the blow or conceal her dilemma. The very family pride which made her feel so disgraced by Grandmother's birth also made it impossible for her to let her own kin grow up like a slave. As Grandmother said, blood was thicker than water. Grudgingly, Miss Mary Ruffin brought the baby into the Smith house and kept a private nurse for her until she was six years old. It was the first of many such battles in her soul in which Miss Mary would be torn between conscience and pride. The decision set her on a course of action from which she could not retreat for the remainder of her life. Like Harriet, she was drawn deeper and deeper into a quagmire. She was to experience a common bondage with Harriet which transcended the opposite poles of their existence as mistress and slave.

Not long after Grandmother was born Francis Smith came to Harriet's cabin. She did not cry out; she had been expecting it. Perhaps she was resigned. Or perhaps in her wretched loneliness she was grateful to him and even flattered by his attention. She had been cast adrift between two irreconcilable worlds. No colored man in the vicinity would dare show interest in her as long as she belonged to the Smiths. She was a mere pawn in her masters'

world, desired but not recognized, safe from the predatory Sidney only so long as Francis remained her protector. And while Francis was kinder and more patient than his brother, he was no less determined to possess her exclusively.

It soon became known around the place that Harriet was Frank's woman—and that was that. Theirs was a distant relationship, barren of all communication save that of the flesh. In the Smith house Francis was the silent, remote master who scarcely noticed Harriet's presence. And she waited upon him with the same impartial deference she showed the other Smiths, giving no sign that she was his mistress. Yet, over the years Harriet was silently devoted to him and no one ever heard of his having another woman.

Within eight years after Grandmother's birth, Harriet had borne Frank Smith three daughters—Grandmother's half sisters, Emma, Annette and Laura. Shortly after Emma was born, the Smiths moved to Price's Creek. It almost seemed that Dr. Smith pulled up stakes to get away from the glare of Hillsboro society and clacking tongues. First Sid, then Frank laying up with a slave wench and refusing to marry their own kind like decent people. And the Smiths were upholding them in their dirt, bringing their little bastards right into the home and raising them up as if they were part of the family.

If Dr. Smith had sold Harriet and her children the talk would have been worse. Then folks would have said the Smiths sold their own blood into slavery. Conscience is a ruthless master and the Smiths were driven into an enslavement no less wasteful than Harriet's. They were doomed to live with blunted emotions and unnatural restraints, to keep up appearances by acting out a farce which fooled nobody and brought them little comfort.

It was a life of baffling contradictions and ambivalences, of snarls and threats and bitter recriminations. Everybody blamed everybody else for what had happened. It was dog eat dog with Sidney and Frank. They quarreled all the time and the family never knew when one of them might murder the other. Yet neither would give ground and move out. Harriet never spoke to Sidney or came near him unless compelled to do so in the course of her

duties. Her sullen anger expressed itself in every gesture when he was anywhere around.

She was now the mother of five children by three different fathers, all growing up on the same plantation but treated according to their fathers' positions. Julius, the oldest, was almost ignored by the Big House. Like any other slave he came up willy-nilly in the quarters. His mother was almost a stranger to him. She was absorbed by the Smiths and had little identity of her own. She must serve them at the Smith home all day and at night she must hurry Julius off to one of the other cabins so he would not be around when Marse Frank came. He was a sweet, lovable boy, but ill luck overtook him. When he was around thirteen, he got lost in the woods during a heavy snowstorm. They found him almost frozen to death. He was severely crippled for the rest of his life.

The four Smith daughters were brought up in the Smith house. They were aware of Harriet as their mother, but their loyalties divided according to their fathers and they looked up to Miss Mary Ruffin for everything. Harriet hovered anxiously in the background, completely overshadowed by the superior authority of her mistress. Miss Mary decided what the girls should wear, where they should go, whom they should play with, how they should be trained and what duties they should perform. She meted out their punishments and their privileges. Until Miss Mary's death Grandmother looked upon her as one looks upon a parent and she seemed to have more pity than daughterly affection for Great-Grandmother Harriet. Indeed, the two older women had shared a strange motherhood in which neither could fully express her maternal feelings. The same overpowering forces which had robbed the slave mother of all natural rights had thrust them unwanted upon the childless spinster.

The Smiths were as incapable of treating the little girls wholly as servants as they were of recognizing them openly as kin. At times the Smiths' involuntary gestures of kinship were so pronounced the children could not help thinking of themselves as Smith grandchildren. At other times their innocent overtures of affection were rebuffed without explanation and they were driven away with cruel epithets.

The family carefully preserved a thin veneer of master-servant

relationship for the unbelieving public but the children's very presence betrayed them. They were so white skinned and looked so much like the Smiths nobody was taken in by such pretenses. Sidney would go out of his way to mortify his family. He'd call Grandmother when company was around.

"Come here, Cornelia. This one's my daughter. She's smart as a whip, too," he'd say, partly out of fatherly pride and partly out of revenge against Frank. The implication was clear that the other three girls were his brother's children.

Naturally, the girls grew up feeling themselves more Smith heirs than Smith servants. Emma, Laura and Annette were more subdued about it than Grandmother. Frank shrugged them off and treated them as part of the surroundings. They kept a respectful distance from him and addressed him as "Marse Frank." Their daughterly feelings were reserved for their own private conversations among themselves.

There was nothing subdued about Grandmother. She blurted out exactly what she thought and was afraid of no one. She never called anyone "Marse." She had the Smith pride and refused to regard herself as a slave.

"We were free. We were just born in slavery, that's all," she always said. And to her, there was a difference.

She was the most vivacious and high spirited of the four girls. She had inherited much of Harriet's beauty, was quick witted and alert, but high strung and difficult to manage. Miss Mary Ruffin had her hands full. Sometimes she'd complain to Miss Maria Spear, "I don't know what I'm going to do with that headstrong Cornelia. She takes the bit in her mouth and goes sailing off with it just like—" and she'd catch herself before she said "Sidney." In spite of herself, Miss Mary liked the girl's fine intelligence and spirit and was deeply drawn to her. From the first Grandmother was Miss Mary's favorite and knew it.

Sidney Smith gloried in her. He was an outcast in the family, tolerated because he was blood kin but detested because he aired a scandal. He lived in a guilt-ridden world. His little slave-daughter, Cornelia, was an extension of himself upon whom he could shower the love he had not been permitted to give anyone else. She was the one person in the household who adored him, accepted him

completely and was fiercely loyal to him at all times. She followed him about the premises like a devoted dog, and when she grew older she became his personal servant and confidant.

He was a creature of paradoxes: a man of unrestrained passions and deadly pride, yet tormented by idealism. He had come under the anti-slavery influence of liberal professors at the University when a student there. He was fully aware of the degraded position of the slave in his society. Grandmother said that when he was full of liquor he would tell anybody how he hated slavery and that he was a "Union man" even though a Democrat. Yet he had perpetuated the very evil he secretly deplored.

Grandmother's uncritical love for her father was intensified by her urgent need for acceptance and for an identity of which she was not ashamed. Her father and his people represented everything desirable in life—power, wealth, privilege and respectability. All her life she would strive to identify herself with the best of her father's world and reject all associations which linked her to slavery.

Sidney encouraged this attitude. Grandmother was the only person he allowed to enter his study. Whatever formalities she was required to observe elsewhere in the house, they were equals behind that study door. He dropped the restraints imposed upon him by the slave code and was as tender and kind as any loving parent. He was proud of her quick-witted ways and her drollery. She seemed old beyond her years and instinctively understood his loneliness. She would amuse him with sayings she had picked up from the older slaves. When he was sober he would teach her to read a little. She was his rapt audience when he prepared a case for court. She would listen intently as he expounded strange legal theories to her just as if she were the judge or a member of the jury. She drank in eagerly every gesture, every tremor in his voice as he moved toward a final stirring plea, the rapid changes on his mobile face, his nervous stride back and forth across an imaginary courtroom. When he had gone to court she would imitate him, pleading her case to his empty chair.

She spent every spare moment in his study, lovingly dusting his books and peering into the mysterious legal volumes with something akin to idolatry. She knew just where he liked to keep his

pipe on his desk and when he was home she'd jump to light it for him. When he was away she'd sit at the desk, light his pipe and puff away at it reflectively as she had seen him do. He would come in from court after winning a big case and hand her a roll of bills as big as her arm. He trusted no one else with his money.

"Here, Cornelia. Hide this for me till I need it. And don't tell anybody about it," he'd say.

Many times Grandmother forgot where she had hidden the money and she used to say that if the old Smith house were torn down piece by piece, they'd find many a roll of money stuck between the chinks of the walls.

Although a slaveowner himself after his father died, Sidney nurtured in his own daughter a rebellion against everything Negro slavery encompassed. He instilled in her that she was inferior to nobody. He gave her pride in her Smith-Jones ancestry. She said he told her that she was an octoroon and could therefore marry into either race if she chose. He tried to protect her from the wounds of slavery by making her believe the one-eighth nonwhite ancestry was Indian instead of Negro. He made it impossible for her to adjust to her later Negro status and yet he could not offer her the recognition to support the notions he planted in her fertile mind.

Sidney told Grandmother she was to have all his money when he died, but he died suddenly when she was around sixteen and whatever he had intended to do about her future perished with him. Dr. James Smith had passed on a year or so previously and left most of his real estate to Miss Mary Ruffin. Grandmother said Miss Mary took the money Sidney had left for her. She refused to believe that he had failed to provide for her.

This contradictory little man had had a compassionate streak in him. While he made most of his money defending the property rights of slaveowners, he often represented without charge free Negroes accused of crime. It was unpopular to defend them in the courts but he never turned them down and won many an acquittal for them. Grandmother told how once her father came home from court after having saved from the gallows an old Negro man accused of stealing a mule. The slaves met "Marse Sid" at the gate, picked him up and danced about the yard with him on

230    PROUD SHOES

Grandmother Sarah Ann, with an unfailing eye for business, opened a restaurant in Hillsboro across the street from the court-house and catered to lawyers, judges and businessmen who came to town. Mary and Agnes helped her and Great-Grandfather Thomas ran the farm alone, except for the aid of Grandfather Robert and Billy Clark, who had come south with the family. Aunt Pauline was Great-Grandfather Thomas' constant companion; she followed him about the farm asking countless questions and he patiently answered each one. He took her with him when he made his trips to Durham in the big two-horse wagon with a load of vegetables, fruits and dairy products. She said he'd tie the horses to a rail across from the railroad station, and when she'd hear the train or see it coming down the track she was terrified for fear it would run right over them or that the horses would bolt and run away. In the evenings her grandfather would rock her to sleep in his arms while he read his Bible.

There were also memories of conflict, of watchfulness, of the time when her father's saber and pistol held equal importance with his Bible on the shelf above the fireplace. There was talk of Rebs and Ku-Kluxers, of floggings and killings, of barns being burned and men being hanged. She would never forget the story her father told of Wayne Garrett, meanest Reb about the county, who rode a speckled gray horse and went about cursing and threatening colored people as if they were still slaves. One cold stormy night Grandfather and Grandmother were sitting by their fire with their two babies when Garrett came to their house. The rain poured down in torrents, the wind howled and lashed the trees and every minute they expected their little cottage to be blown over. They could hear somebody shouting above the storm and when Grandfather went to the door with his lantern, there was Garrett on his speckled gray horse, drenched to the skin and chattering with cold.

"Open up, you white darkies, and lemme in," he yelled.

Grandfather closed the door and got his saber from the shelf. When he opened it again he was swinging the saber.

"I wouldn't keep anybody outdoors on a night like this," he said, "but no man will come into my house who cannot conduct himself like a gentleman in front of my wife and children. If you can behave like a gentleman, put your horse in the shed and come

---

PROUD SHOES    231

inside. But I warn you, one insulting word and I'll run you through with this saber."

Garrett knew that he meant it, but he preferred the restraint of silence to the storm so he put away his horse and came meekly inside. Grandfather, still holding the saber, handed him some dry clothing and a quilt and pointed to a chair in front of the fireplace. All night long the two men sat facing each other across the room without a word between them—Garrett crouched in his chair and Grandfather sitting with his saber across his knee watching Garrett's every move and stirring only to put another log on the fire. When dawn came the storm had died down and Garrett's clothes were dry. He put them on and slunk out of the house, got on his horse and rode away, but he was very careful how he addressed Grandfather after that.

Aunt Pauline never knew Great-Grandmother Harriet. When she was a toddler that poor woman died, a figure of violence and tragedy in death as she had been in life. During a summer storm she was stunned by lightning which struck her cabin and killed a boy named Dennis who was sitting in front of the fireplace. Great-Grandmother Harriet never recovered from the shock; she was paralyzed and died not long after that. The circumstances of her death made such a deep impression on our family that all activity at home stopped whenever a thunderstorm came up. The windows and doors were closed; nobody dared sit in front of a fireplace or open draft; no one touched anything metal. The whole family gathered in the lower part of the house and sat praying silently until the storm had passed.

When Aunt Pauline was two, Grandfather used to carry her back and forth on his shoulder to school with him. At four she could read and write and recite pieces.

"I was practically born and bred in a schoolhouse with a piece of chalk in my hand," she told me.

At seven she came under Miss Maria Spear's tutelage. My grandparents let her stay with Miss Mary Ruffin Smith for a while and Miss Maria Spear, who had returned to live at the Smith home, volunteered to tutor her.

"Miss Maria was a dear little old lady who wore black dresses, white collars and cuffs and a little white muslin cap on her head.

She was very careful with my training and had set times for my lessons each day. She also taught me to sew. Every night before I went to bed, she'd have me sit at her knee and read my Bible.

"I was the only child on the place but I never got lonely. When my work was done, I could roam and play. I loved to wander about the yard where there were hundreds of chickens, ducks, turkeys and even peacocks. I'd crawl up under the henhouses and cribs to look for nests and gather eggs. I'd watch the little pigs feeding, play with the kittens and try to catch the flying squirrels which built their nests behind the window blinds up in the great old attic. I'd gather bunches of flowers from the rare flower garden to put about the house. I liked most of all the trips to the Chapel of the Cross on Sundays with Miss Mary and Miss Maria in the family carriage."

The child quickly learned, however, that there was one etiquette at the Smith household and another at the Fitzgeralds'. If she was the apple of the Fitzgerald eye, she was an eyesore at times to Mary Ruffin Smith. It was the same story repeated in a different generation. Everyone who came to the house took for granted that little Mary Pauline was a Smith, and there was nothing about her appearance to make them think otherwise.

"Child, you certainly look just like your Granddaddy Sid," the townfolks said.

This was gall and wormwood for Miss Mary. It set her off, and she'd scream out at the child, "Get out of my sight, you little nigger!"

"I'm not a nigger, Miss Mary, I'm a Fitzgerald!"

"You're nothing but a nigger and don't answer me back. I'll beat the tar out of you," the irate woman stormed, but the first time she raised her hand to strike the little girl, the old governess intervened.

"Don't, Mary," Miss Maria said. "Never strike anybody's child. It's not right."

The child would slip away into the garden, frightened and tearful and unable to understand why a fighting word at home like "nigger" was used so freely by Miss Mary. Nor could she understand why she must call one aunt "Aunt Mary" and another "Miss Mary." She could not fathom why the servants called the queer

old man she saw hobbling about on a cane mumbling to himself "Marse Frank." They warned her to stay away from him because he'd had a stroke and lost his mind. They said that when he had the stroke, they laid him out for dead and while they were putting on his burial clothes he sat right up and opened his eyes.

She went home talking about "Marse Frank" one time and Grandfather Robert overheard her.

"What did you say?" he roared with unaccustomed violence.

"Marse Frank. The servants say he's crazy."

"Don't you ever let me hear you call anyone 'Marse' as long as you live. You can call him 'Mr. Smith' or 'Mr. Frank,' but if I ever catch you saying Marse again, I'll whale the daylights out of you."

Death ended the confusion of those years, Aunt Pauline saw Miss Maria Spear slowly climbing the attic stairs with a mysterious bundle in her hand one afternoon. She followed her and came upon Miss Maria bending over an old trunk.

"What are you doing, Miss Maria?"

"I'm putting away my burial things, child," was the reply.

Not too long after that when she was sent to say her customary "Good morning," to Miss Maria, the old governess did not answer. She had died in her sleep during the night. After Miss Maria died, Grandfather came for his daughter and never let her go back. While he and Miss Mary Ruffin Smith remained on good terms— she wrote to him often and sent him oil paintings from time to time —he kept his children at a safe distance. Those years at the Smith plantation made an ineradicable mark upon Aunt Pauline's life. Miss Mary had taught her the power of cruel words, and she was exceedingly careful during her many years of teaching never to hurt a small child's feelings. Miss Maria had taught her kindness and thoroughness. She never flinched from duty or even death when it came. She had remembered Miss Maria's example even to laying away her own burial garments.

As the oldest of six children, Aunt Pauline carried heavy responsibility from an early age. Grandfather was fighting on several fronts at once; getting food to eat was uncertain and education was haphazard and piecemeal. It was a time when the idea of a public-school system supported by taxes was not popular in North

Case 1:07-cv-00222-JR    Document 1-5    Filed 01/31/2007    Page 12 of 13

advantage of his blindness. They'd fire the kilns with raw green wood or go to sleep on the job in the middle of a burning and let the fires go out. Grandfather's bricks would come out crumbling and useless and he'd have to start all over again.

Then there were his lonely pilgrimages from place to place, guided only by his cane and a kind passerby, in search of old army comrades to help reconstruct his war record twenty years after his discharge. His search frequently ended in disappointment and he'd come home discouraged to make bricks for a while before starting out again. It took him almost ten years to prove his eligibility for pension payments.

During those years Grandmother was trying to educate their children. Fortunately, she came into a small inheritance when Mary Ruffin Smith died around 1885. Miss Mary had not forgotten the four Smith daughters. She left each of them one hundred acres of land with provision that a house be built upon it not to cost more than $150. To ensure that the land remained free from their husbands' debts or control, she gave them only a life interest in it and provided that it should pass to their children when they died. She also left her household goods and furnishings to be divided equally among the four.

Grandmother's hundred acres came out of the old Smith plantation near Chapel Hill. She was never entirely satisfied with this bequest, she felt Miss Mary had robbed her of the full inheritance her father had intended for her, and the restrictions of "life property" which she did not own outright rankled. It served, however, as vindication of her own claims and was Miss Mary's backhanded recognition of their relationship. Aside from a twenty-five-acre gift to their half-brother, Julius, who was not of Smith blood, and a few small cash bequests, the four Smith daughters and their children were the only individuals remembered in Mary Ruffin Smith's will.

Whatever Grandmother's dissatisfactions, which increased as the years passed, she made the most of her farm. She lived there, worked the children and worked the land while Grandfather was building his house in Durham. From time to time she sold off timber to help him in his brick business. She used whatever cash she could raise from her crops and fruit to send the children off to school.

When she had no crops or fruit, she'd sell the chickens, the hogs or whatever else she could lay her hands on.

Aunt Sallie would never forget the time Grandmother sent Aunt Maria to Hampton Institute to take up the tailoring trade. When time came for tuition, Grandmother had no money so she decided to sell her cow. Grandfather was away from home working on his pension, Aunt Pauline was off teaching and Uncle Tommie was away at school. Grandmother had no one to send to market except Sallie and Agnes, who were about twelve and eleven years old at the time, but she was not dismayed.

"Children," she told them, "I want you to drive this cow down to Durham and take her to Schwartz' market. Tell Mr. Schwartz that Cornelia Smith sent her and that she's a fine milk cow. I want a good price on her and I'm depending on you to get it."

It was a huge undertaking for two little girls—Durham was fifteen miles away and the cow was none too manageable—but it would never have occurred to them that they could not deliver the cow. They started out early in the morning on a trip which took all day. The cow stayed off the road from time to time to graze in the meadows or lie down to rest and they had to pull and tug at her to get her started again. They arrived at the market in Durham near nightfall, somewhat frightened, their clothes torn and spattered with mud. When Mr. Schwartz heard all the commotion outside and came to find two bedraggled little girls standing guard over a huge cow, he listened to their story in disbelief.

"You don't mean to tell me you drove that cow all the way from Chapel Hill?" he asked.

"Yes sir, we did."

"Well, I never. And you say you're Robert Fitzgerald's daughters?"

"Yes sir, we are."

"How do I know you didn't steal that cow?"

The little girls stood their ground.

"If you doubt our word, you send for our Uncle Richard Fitzgerald."

Mr. Schwartz finally sent for Uncle Richard, who came, took one look at them and laughed.

"They're my brother's children all right, and if they say their

# Sources of Materials and Documentation

American History Room, New York Public Library, 42nd Street and Fifth Avenue, New York, New York.

Chester County Courthouse, West Chester, Pennsylvania.

Chester County Historical Society, West Chester, Pennsylvania.

Durham County Courthouse, Durham, North Carolina.

State of Delaware, Public Archives Division, Dover, Delaware.

Historical Society of Delaware, Wilmington, Delaware.

Lincoln University Archives, Lincoln University, Pennsylvania.

Massachusetts State Archives, Boston, Massachusetts.

National Archives and Records Service, Washington, D.C.

North Carolina Collection, University of North Carolina at Chapel Hill.

Orange County Courthouse, Hillsboro, North Carolina.

Peterborough Free Public Library, Peterborough, New Hampshire.

United Presbyterian Church, U.S.A. (successor to Presbyterian Church, U.S.A.).

Friends Historical Society, Swarthmore, Pennsylvania.

Cheyney Teachers College, Cheyney, Pennsylvania.

United States District Court, Wilmington, Delaware.

Southern Historical Collection, University of North Carolina at Chapel Hill.

The Crisis (official organ of the National Association for the Advancement of Colored People), June 1920.

Robert G. Fitzgerald Diary, Part 2d., Vol. 1, May 1, 1864–Sept. 19, 1864, Vol. 4, June 28, 1867–Aug. 18, 1871.

The National War College, Reference Library, Washington, D.C.

Department of the Army, Office of the Adjutant General, The Pentagon, Washington, D.C.

Department of the Army, Office of the Quartermaster General, The Pentagon, Washington, D.C.

Department of the Army, Office of the Chief of Military History, The Pentagon, Washington, D.C.

Department of the Navy, Bureau of Naval Personnel, The Pentagon, Washington, D.C.

Commonwealth of Massachusetts, Adjutant General's Office, J.F.K. Building, Boston, Massachusetts.

# About the Author

PAULI MURRAY was born sixty-seven years ago in Baltimore, where her father was a principal in the Baltimore city schools and her mother was a graduate nurse. After her mother's death she went to Durham, North Carolina, where she was raised by her maternal grandparents and an aunt, a teacher for many years in the Durham city schools. She got her bachelor's degree from Hunter College in 1933. In 1938, she was rejected as a graduate student at the University of North Carolina because of her race. In 1940, she was arrested on an interstate bus in Virginia for violation of the state's segregation law. She got her law degree from Howard University in 1944, graduating at the top of her class with a fellowship to go to Harvard Law School for her master's degree. She was rejected by Harvard because of her sex. Later she earned a master's degree in law from the University of California at Berkeley, and was a tutor in law at Yale, where she received her doctorate in 1965. She also taught law in Ghana, West Africa, and at Boston and Brandeis universities.

There was hardly any part of the struggle for human rights during the past quarter century in which Pauli Murray was not actively involved, notably the civil rights and civil liberties movements and the reawakening of the women's movement. Her experiments in nonviolent creative action in the 1940's anticipated the Martin Luther King movement.

In 1973, following the removal of the bar against women to the diaconate in the Episcopal Church, Dr. Murray was able to consummate her life-long involvement with her church by seeking admission to the ordained ministry. She entered General Theological Seminary in New

