### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA
### WASHINGTON, DC.

**CIVIL ACTION**

**Burnie Majeed Sr. etal**
**Burnie Majeed Jr. &**
**Kenya Majeed**
**128 Rose Dr.**
**Mullica Hill NJ 08062**
**Phone: 856-223-1295**
      **VS.**
**Defendants:**

**The State of North Carolina**
**Office of Secretary of State**
**P.O. Box 29622 Raleigh, NC 27626-0622**

**NC Administration Office of the Court**
**P.O. Box 2448 Raleigh,  NC 27602-2448**

**University of North Carolina**
**Office of President**
**910 Raleigh Rd.**
**P.O. Box 2688 Chapel Hill, NC 27515**

**The Episcopal Diocese of North Carolina**
**200 West Morgan St. Ste 300**
**Raleigh, NC 27601**

CASE NUMBER  1:07CV00222

JUDGE: James Robertson

DECK TYPE: Pro se General Civil

DATE STAMP: 01/31/2007

### MOTION  FOR  P.O.  BOX

**We request a motion to file for use of  P.O. Box 76302, WDC 20013-6302.**
**Plaintiff Kenya Majeed lives, works, and pay taxes in WDC.**
**In addition, she works in close proximally to where our P.O. Box is located.**
**We believe that in keeping this civil action in the nation's capitol would give us a**
**fair chance at receiving justice and equality.  We Pro se believe that we would**
**receive justice under the constitutional law of the land.   In addition, Pro se believe**
**that the strict standard of this great nation will be up held to the highest standard of**
**integrity and law.**

**We Pro se pray that the court grant permission to use said P.O. Box address.**

**Respectfully** *Burnie Majeed S R.*
*Burnie Majeed Jr.*
*Kenya Majeed*

2.