UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BURNIE MAJEED, SR., *et al.*,      :
                                   :
    Plaintiffs,                :
                                   :
  v.                               : Civil Action No. 07-0222 (JR)
                                   :
STATE OF NORTH CAROLINA, *et al.*, :
                                   :
    Defendants.                :

### ORDER

      Plaintiffs' motion to use a post office box address [2] is **denied**.  It is very doubtful that this Court has personal jurisdiction over any of the defendants named in this case, all of whom appear to be either resident in North Carolina or, indeed, to be North Carolina, but there is no possibility of jurisdiction unless plaintiff maintains a bonafide residence address in the District of Columbia.  Local Rule 5.1(e) requires that the full residence address of a party be in the caption of the first filing; further requires, for parties appearing *pro se*, that the first filing also include the party's telephone number; and further provides that failure to provide the required address information within 30 days upon filing may result in the dismissal of the case.

                                            JAMES ROBERTSON
                                   United States District Judge