## CERTIFICATE OF SERVICE

I hereby certify that, on this 23rd day of February, 2007, copies of: 1) the foregoing Defendant Protestant Episcopal Church In The Diocese Of North Carolina's Motion To Dismiss Or Transfer; 2) an accompanying Memorandum of Points and Authorities in support of that motion and its exhibit; and 3) a proposed Order, were filed electronically with the Clerk of this Court using the CM/ECF system. I further certify that, on the same day, copies of the same documents were sent by certified mail to the Plaintiffs pursuant to Local Civil Rule 5.4(e)(3) at the following address:

Burnie Majeed Sr.
Burnie Majeed Jr.
Kenya Majeed
128 Rose Drive
Mullica Hill, New Jersey 08062

I further certify that on the same day, copies of the foregoing documents were served electronically on counsel for the State of North Carolina and the University of North Carolina pursuant to Federal Rule of Civil Procedure 5(b) and Local Civil Rule 5.4(d)(1).

/s/ Alexander Swift