Official Address of Defendant State
of North Carolina, Secretary of State:
2 South Salisbury St
Raleigh  NC  27601-2903

Official Address of Defendant North Carolina
Administrative Office of the Courts:
227 Fayetteville Street
Raleigh, North Carolina 27602

Official Address of Defendant
University of North Carolina:
910 Raleigh Road
Chapel Hill, North Carolina 27515

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **BURNIE MAJEED, SR.; BURNIE MAJEED, JR.; and KENYA MAJEED,**<br><br>    Plaintiffs,<br><br>vs.<br><br>**THE STATE OF NORTH CAROLINA;**<br>and<br>**NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COURTS;**<br>and<br>**UNIVERSITY OF NORTH CAROLINA;**<br>and<br>**THE EPISCOPAL DIOCESE OF NORTH CAROLINA,**<br><br>    Defendants. | Case No. 1:07CV00222(JR) |

## MOTION TO DISMISS OR TRANSFER

**PURSUANT** to Fed. R. Civ. P. 12(b)(2), Defendants the State of North Carolina,

the North Carolina Administrative Office of the Courts, and the University of North

Carolina (the "State defendants") through undersigned counsel move to dismiss the

complaint against them on grounds that the plaintiff has failed to establish a factual basis for this Court exercising personal jurisdiction over any of the State defendants named in this case.

Alternatively, pursuant to 28 U.S.C. §§ 1391 and 1404, the State defendants move to dismiss the case for improper venue or to transfer the case to the Eastern or Middle District of North Carolina.

Respectfully submitted, this the 26th day of February 2007.

/s/ Thomas J. Ziko
Thomas J. Ziko N.C. Bar No. 8577
Special Deputy Attorney General
Attorney for State Defendants
P O Box 629
Raleigh, North Carolina 27602-0629
Tel. (919) 716-6920
Fax (919) 716-6467
E-mail: tziko@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing **MOTION TO DISMISS OR TRANSFER** in the above captioned matter upon all parties by U. S. mail, postage prepaid as follows:

| | |
|---|---|
| James Sottile<br>Zuckerman Spaeder LLP<br>1800 M Street NW<br>Suite 1000<br>Washington, DC 20036-5802<br>Counsel for Defendant Episcopal Diocese<br>of North Carolina | Burnie Majeed, Sr.<br>Burnie Majeed, Jr. and<br>Kenya Majeed<br>128 Rose Drive<br>Mullica Hill, New Jersey 08062<br>Plaintiffs Pro Se |

This the 26th day of February 2007.

ROY COOPER
Attorney General


Thomas J. Ziko
Special Deputy Attorney General
N. C. Department of Justice

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BURNIE MAJEED, SR.; BURNIE MAJEED, JR.; and KENYA MAJEED,**         **Plaintiffs,** <br>v. <br> **THE STATE OF NORTH CAROLINA; NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COURTS; UNIVERSITY OF NORTH CAROLINA; and THE EPISCOPAL DIOCESE OF NORTH CAROLINA,**         **Defendants.** | **CASE NO. 1:07CV00222 (JR)** <br> **Judge James Robertson** |

**ORDER DISMISSING COMPLAINT AGAINST**
**THE STATE OF NORTH CAROLINA; NORTH CAROLINA ADMINISTRATIVE**
**OFFICE OF THE COURTS; AND UNIVERSITY OF NORTH CAROLINA**

Upon the motion of the State of North Carolina, North Carolina Administrative Office of the Courts, and University of North Carolina under F.R. Civ. P. Rule 12(b)(2) to dismiss the Complaint for lack of personal jurisdiction and all papers and responses related there to, it is

**ORDERED** that the Complaint against the State of North Carolina, North Carolina Administrative Office of the Courts, and University of North Carolina be and hereby is **DISMISSED**.

This the _____ day of _____ 2007.

 

                                                                            _____
                                                                            The Honorable James Robertson
                                                                            United States District Court Judge

# ATTORNEYS AND PARTIES ENTITLED TO BE NOTIFIED OF
# ENTRY OF ORDER IN *MAJEED, et al. v. STATE OF NORTH CAROLINA, et al.,*
# CASE NO. 1:07CV00222 (JR)

**Plaintiffs Pro Se**
Burnie Majeed, Sr.
Burnie Majeed, Jr. and
Kenya Majeed
128 Rose Drive
Mullica Hill, New Jersey 08062

**Counsel for Defendant Episcopal Diocese of North Carolina**
James Sottile
Zuckerman Spaeder LLP
1800 M Street NW
Suite 1000
Washington, DC 20036-5802

**Counsel for State Defendants**
ROY COOPER
Attorney General
Thomas J. Ziko
Special Deputy Attorney General
P O Box 629
Raleigh, North Carolina 27602-0629