**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, DC.**

**07-CV-00222-JR**

**Burnie Majeed Sr.**
**Burnie Majeed Jr. &**
**Kenya Majeed**
**128 Rose Dr.**
**Mullica Hill NJ 08062**
**Phone: 856-223-1295**
**VS.**
**Defendants:**

**The State of North Carolina**
**Office of Secretary of State**
**P.O. Box 29622 Raleigh, NC 27626-0622**

**NC Administration Office of the Court**
**P.O. Box 2448 Raleigh, NC 27602-2448**

**University of North Carolina**
**Office of President**
**910 Raleigh Rd.**
**P.O. Box 2688 Chapel Hill, NC 27515**

**The Episcopal Diocese of North Carolina**
**200 West Morgan St. Ste 300**
**Raleigh, NC 27601**

RECEIVED
FEB 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO CONTEST AND REVOKE WILL

**Pro se request motion to revoke the will and testimony of Mary R. Smith who died in 1887 and be recognized as the rightful heirs of Francis J. Smith estate. Pro se are the great grandchildren of Francis J. Smith who died intestate in 1877, and grandchildren of his first daughter, Emma Smith Morphis (see exhibit E) who was in titled to inherit her father's estate through the state of North Carolina *intestacy law.***

**Material and Facts**

1. **Pro se wish to revoke the will of Mary R. Smith and Administrator's Oath made by Andrew Mickle (see exhibit F) due to *undue influence* imposed on our Grandmother Emma Smith Morphis rights to inherit her father Francis J. Smith estate. The probate court and administrator both failed to duly execute Francis J. Smith estate.**

2. **Pro se wish to revoke the will of Mary R. Smith under the principle's of the laws of succession.**

3. **Pro se wish to revoke the will of Mary R. Smith under the law of *Southeran v Dening (1881)20 ChD99. Intention.* quoted by Mary R. Smith "she did what she thought was Francis J. Smith views".**

4. **Pro se wish to revoke the will of Mary R. Smith due to the fact that Francis J. Smith had suffered under mental capacity *(Re Sabatini (1969)114 Sol Jo 35).***

5. **Pro se are the descendants and keeper's of our family grave site where Grandmother Emma Smith Morphis is buried.**

6. **The federal courts did not have jurisdiction to acknowledge such lawsuit before 1974. (Robertson Declaration) 44-49. The jurisdiction of United States Supreme Court was in fact not available to Indians or people of color,**

**although the mixture of race plays a factor in this complaint, our family members were not look upon as equal.**

**Respectfully,**

**Burnie Majeed Sr.**

Burnie Majeed Sr.

**Burnie Majeed Jr.**

Burnie Majeed Jr.

**Kenya Majeed**

Kenya Majeed

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, DC**

**AMEND**
**07-CV-00222-JR**

Burnie Majeed Sr.
Burnie Majeed Jr. & Kenya Majeed
128 Rose Dr.
Mullica Hill, NJ 08062
Phone# 856-223-1295
**Pro se:**
VS
**Defendants:**

The State of North Carolina
Office of Secretary of State
P.O. Box 29622 Raleigh, NC 27626-2622

NC Administration Office of the Court
P.O. Box 2448 Raleigh, NC 27602-2448

University of North Carolina
Office of President
910 Raleigh Rd.
P. O. Box 2688 Chapel Hill, NC 27515

The Episcopal Diocese of North Carolina
200 West Morgan St Ste, 300
Raleigh, NC 27601

Pro se wish to amend to complaint retroactive on Dr. Francis J. Smith estate and all lands, property and financial funds from the time of his death in 1877 until resolved. Pro se wish to have copies of all family history and legal documentation.

Respectfully Yours,

Burnie Majeed Sr.

Burnie Majeed Jr.

Kenya Majeed

UNC Virtual Museum Item Viewer Case 1:07-cv-00222-VRW Document 8-2 Filed 02/28/2007 Page 2 of 9 Page 1 of 2

EXHIBIT E1

virtual museum home | browse | about
search selected collections | help | my favorites | all collections home
back to results :: add to favorites : reference url
previous : next

3.1%

## James Strudwick Smith (1787-1852)

| | |
|---|---|
| **Title** | James Strudwick Smith (1787-1852) |
| **Contributor** | North Carolina Division of Archives and History |
| **Filename** | N_53_16_145A_James_Strudwick_Smith.tif |
| **Exhibit** | Slavery and the University |
| **Exhibit-Position** | Slavery and the University - Slide 15 |
| **Exposition** | Sexual abuse was a brutal, but common, feature of slavery. One especially dramatic instance in Orange County involved Harriet, property of university trustee James Strudwick Smith and personal servant to his daughter, Mary Ruffin Smith. Harriet married a free man of color, Reuben Day, but her mistress's brother Sidney forced the couple apart. Later, Harriet gave birth to Sidney's daughter Cornelia, and then was abused by Sidney's brother Francis. The two brothers, both of whom attended the university, fought bitterly for possession of Harriet until Francis emerged victorious. He became the father of Harriet's other three children, Emma, Annette, and Laura. |
| **Contributor Note** | The Virtual Museum of University History is a collaboration between The University Library and The UNC Center for the Study of the American South. |
| **Repository** | University of North Carolina at Chapel Hill. Library. |
| **Digital Collection** | A Virtual Museum of University History |

UNC Virtual Museum : Item Viewer Case 1:07-cv-00222-JR Document 8-2 Filed 02/28/2007 Page 3 of 9 Page 1 of 2

EXHIBIT
E2

virtual museum home | browse | about
search selected collections | help | my favorites | all collections home
back to results :: add to favorites : reference url previous : next

6.3%

**Chapel of the Cross, Chapel Hill, North Carolina on Franklin Street, adjacent to the university campus**

| | |
|---|---|
| **Title** | Chapel of the Cross, Chapel Hill, North Carolina on Franklin Street, adjacent to the university campus |
| **Contributor** | North Carolina Collection Photographic Archives |
| **Filename** | P074-83-154_dup.tif |
| **Exhibit** | Slavery and the University |
| **Exhibit-Position** | Slavery and the University - Slide 16 |
| **Exposition** | Mary Ruffin Smith took charge of her brothers' mixed-race children by Harriet. On Sundays she brought them to church at Chapel Hill's Chapel of the Cross, located in the heart of the village. The mulatto slaves sat in the balcony while their white relatives worshipped downstairs. Cornelia, the oldest, was confirmed at the age of twelve at the same time as the daughter of university president David Swain. Neither Sidney nor Francis Smith married and both died before their sister. At her death in 1885, Mary Ruffin Smith left the family |

http://dc.lib.unc.edu/cdm4/item_viewer.php?CISOROOT=/vir_museum&CISOPTR=430... 2/23/2007

| | |
|---|---|
| | plantation to the university, which established a scholarship fund named in honor of her brother Francis. |
| **Contributor Note** | The Virtual Museum of University History is a collaboration between The University Library and The UNC Center for the Study of the American South. |
| **Repository** | University of North Carolina at Chapel Hill. Library. |
| **Digital Collection** | A Virtual Museum of University History |
| **Full resolution** | Volume11\P074-83-154_dup.tif |

back to results :: add to favorites : reference url

previous : next

UNC UNIVERSITY LIBRARY

Digital Collections Home | UNC Libraries Home | UNC Home | Research Help

Website comments or questions: Library Web Team
URL: http://dc.lib.unc.edu/u?/vir_museum,430

EXHIBIT E3

MARGIN RESERVED FOR BINDING

WRITE PLAINLY, WITH UNFADING INK—THIS IS A PERMANENT RECORD.

Every item of information should be carefully supplied. The correct age is especially important. PHYSICIANS Please write the causes of death clearly and legibly.

BUREAU OF VITAL STATISTICS

# CERTIFICATE OF DEATH

Registration Dist. No. 9-01 Certificate No. 3

1. PLACE OF DEATH:
(a) County Chatham
(b) Township Baldwins
(If in town limits, leave blank)
(c) City or town Rural
(If outside city or town limits, write RURAL)
(d) Street, hospital or institution
(e) Length of stay in hospital or institution (Yrs., mos., or days)
In this community Life (Yrs., mos., or days)

2. HOME (USUAL RESIDENCE) OF DECEASED:
(a) State N. C. (b) County Chatham
(c) City or town Pittsboro
(d) Street or R.F.D. Rt. 1
(e) Is place of residence in corporate limits? No
(f) If foreign born, how long in U.S.A.? years.

3(a) FULL NAME Emma Smith Morphis
3(b) If veteran, name war
3(c) Social Security No.
4. Sex Female
5. Color or Race Colored
6(a) Single, married, widowed, or divorced. Widowed
6(b) Name of husband or wife Henry Morphis
(c) Age of husband or wife if alive years.
7. Birth date of deceased July (month, day and year)
8. AGE: 95 Years Months Days If less than one day hrs. mins.
9. Birthplace Orange Co. N. C. (City, town, or county) (State or foreign country)
10. Usual occupation House work
11. Industry or business Home

FATHER
12. Name Frank Smith
13. Birthplace Orange Co. N. C.

MOTHER
14. Maiden Name Harret Fasset
15. Birthplace Orange Co N. C.

16(a) Informant's Signature Julie Morphis
(b) Address Pittsboro, N. C.
17(a) Burial (Burial, cremation, or removal) (b) Date thereof 4-3-41 (Month, day, year)
(c) Cemetery Morphis Family Cem.
(d) Location Chatham Co. N. C.
18(a) Funeral director G. C. Griffin + Sons
(b) Address Pittsboro, N. C.
19(a) May 1st 1941 Filed April 14 (b) C. E. H... Registrar

MEDICAL CERTIFICATION

20. Date of death 4-1-1941, at 9 P. M.
21. I certify that death occurred on the date above stated; that I attended deceased from 19 to 19
and that I last saw h alive on 19
Immediate cause of death Duration
Due to
Due to
Other conditions
Major findings: Of operations
Of autopsy
Physician: Underline the cause to which death should be charged statistically
22. If death was due to external causes, fill in the following:
(a) Accident, suicide, or homicide (specify)
(b) Date of occurrence
(c) Where did injury occur? (City or town) (County) (State)
(d) Did injury occur in or about home, on farm, in industrial place, in a public place?
While at work? (Specify type of place)
(e) Means of injury
23. Signature M.D.
Address Date signed

Case 1:07-cv-00222-JR Document 8-2 Filed 02/28/2007 Page 6 of 9

EXHIBIT E-4

# Hillsborough Rec[illegible]

J. D. CA[illegible] AND PROPRIETOR.) [illegible] FEAR [illegible] AND SHUN NO [illegible]

New Series—Vol. [illegible] No. 23— HILLSBOROUGH, N. C. MAY [illegible] 1877.

1877.

THE QUARTERLY REVIEWS AND Blackwood's Magazine.

The Leonard Scott Publishing Co. [illegible] 41 Barclay St. New York.

[illegible] Four Leading Quarterly Reviews:

EDINBURGH REVIEW (Whig)

LONDON QUARTERLY REVIEW (Conservative.)

WESTMINSTER REVIEW (Liberal).

BRITISH QUARTERLY REVIEW (Evangelical.)

AND

BLACKWOOD'S Edinburgh Magazine

## STATE NEWS.

The Newbern Nutshell says: About 11 o'clock [illegible] by a [illegible] and, [illegible] colored persons, [illegible] aged 20, Ella Collins, aged 20, and Laura Williams, aged 19, while returning from Bethel Church to their homes were struck on George Street near Queen by a heavy discharge of electricity and [illegible] killed. They were walking under a steel-handled umbrella which was found lying upon the ground near the bodies (the cover partially burned) and which undoubtedly was the first cause that attracted the electric discharge.

The Raleigh Observer, of the 1st says the mystery which has hung around the fate of Wm. H. Finch, late of Raleigh, has been cleared up by the finding of his body floating in the East River, harbor of New York. Mr. Finch, about two months ago, left his boarding house for a walk and was never again seen alive. [illegible]

[illegible] Two dealers [illegible] of 800 bushels of [illegible], 150 bushels each. We suppose that other dealers have sold proportionately.

## EASTER SIMNEL CAKE.

In olden days in England there were also curious customs, which are now passing away. One of them was the preparation of a simnel cake. This cake is yet made in Shropshire, where it is said to have originated in the following manner: An aged couple, living in their homestead, were visited by their son, Simon, and their daughter Nelly, at Easter. On arriving at the house they found that the old folks had nothing wherewith to entertain them save the unleavened dough left from the Lenten fast. Nelly proposed to make this into cakes for the younger children, and while preparing she came across the remains of the Christmas plum pudding. This she proposed to cover over with the dough, and bake it hard, so that when the [illegible] was bitten through the [illegible] be a [illegible]

## MATRIMONY AND MISERY.

### A Tale of Love and Liquor

[From the Albemarle Times.]

Zeke Light was married yesterday, and this morning he was brought into the Police Court on a charge of being drunk.

'Are you guilty or not?' asked His Honor.

'Guilty, sir.'

'Don't you know?'

'No and don't care.'

'Little out of humor, eh? Ain't got over her yet. Sit down and rest, may be you'll feel better after a while.'

'No I won't. I'll never feel better again. Things are played out with me. I am disgusted with everything. Don't care for nothing any more, and am ready to kick the bucket any time.'

'What's the matter, Zeke, guilty conscience worrying you?'

'Guilty conscience be damned! and yet you may be right. I had no business to make an ass of myself, to commit suicide by getting married to a thing—to a bundle of [illegible] which I mistook for a woman.

## TABLE WIT OF DOUGLAS JERROLD.

A supper of sheep's heads [illegible] and presently served. One gentleman [illegible] particularly enthusiastic [illegible] excellence of the dish, and [illegible] his knife and fork, exclaimed [illegible] heads for ever, my [illegible] egotism!' [illegible]

From Our Club, a [illegible] which Douglas Jerrold [illegible] three weeks before his death, [illegible] best sayings went forth [illegible] when some member, hearing [illegible] ed, exclaimed, 'That always [illegible] away when I hear it.' [illegible] tle it?' asked Douglas Jerrold.

'My father ordered a bottle [illegible] that older port,' he said.

Asking about the [illegible] his companion [illegible] was mediocre. [illegible] very good [illegible] with.

Walking to the [illegible] the theatre, [illegible] [illegible] you tell me the way to the [illegible] Jerry?' 'Keep on [illegible]

British Magazines ought to be in the hands of every [illegible].

There are other articles of value in this number, "The Genius of Islam," "Wood's Explorations at Ephesus" Lieutenant [illegible] travel," all have deep interest.

See the advertisement on the first page for terms &c.

## Postmasters—Attention.

We call attention of Postmasters to the [illegible] section of the postal law in relation to the copy of newspapers which is intended to protect the rights both of subscribers and publishers. We insist upon the observance of the law and will insist upon its enforcement in any case which we hereafter hear of where our own subscribers are the victims of its violation. The violation works injury to us by reducing the value of our paper by uncertainty of reception and it works wrong to the subscriber by depriving him of what he paid for.

Section 284, Chapter XXIII of postal laws says:

"That any person employed in any department of the postal service who shall improperly detain, delay, embezzle or destroy any newspaper, or permit any other person to detain, delay, embezzle or destroy the same * * * shall, on conviction thereof, for every such offence, forfeit and pay a sum not exceeding fifty dollars."

Lending out papers by postmasters to persons not subscribers is such detention or delay as is contemplated by the act. We have frequent complaints and we shall see that they are heeded.

## Death of Dr. Frank Smith.

We regret to learn that this gentleman, formerly well known in this community died at his residence in Chatham county, about a fortnight since. He has been ill for many months from extremely painful disease. Dr. Smith was a good physician; when here, in the full tide of his practice, and bearing through life the character of a [illegible] good man.

He was the [illegible] son of the late Rev. James [illegible] Smith, a prominent [illegible] of [illegible], and at one time a member of Congress from this District. Of his family, only one daughter, a daughter, now survives.

Dr. Frank Smith was at the time of his death in his [illegible] year.

[illegible]

| | | |
|---|---|---|
| 1 grand Prize of | 50,000 | 50,000 |
| [illegible] | [illegible] | [illegible] |
| 2 Large Prizes of | 10,000 | 10,000 |
| 4 large Prizes of | 5,000 | 5,000 |
| 20 Prizes of | 1,000 | 20,000 |
| 50 " | 500 | 25,000 |
| 100 " | 300 | 30,000 |
| 200 " | 200 | 40,000 |
| 600 " | 100 | 60,000 |
| 10000 " | 10 | 100,000 |

APPROXIMATION PRIZES.

| | | |
|---|---|---|
| 100 Approximation Prizes of | $200 | $20,000 |
| 100 " | 100 | 10,000 |
| 100 " | 75 | 7,500 |

11,279 Prizes, amounting to $522,500

Gen. G. T. Beauregard, of La. } Gen. Jubal A. Early, of Va. } *Com'rs.*

Write for Circulars or send orders to M. A. DAUPHIN, P. O. Box 692, New Orleans.

*Third Grand Dollar Drawing.*

Tuesday July 3.

Capital Prize, $50,000 Tickets $1 each.

# Savannah Morning News. FOR 1877.

ON the 1st of January, the News entered upon [illegible] volume of a prosperous existence. Its [illegible] as a Democratic Journal and [illegible] devotion to principle makes it the [illegible] of the political faith of thousands of readers.

In the future, as in the past, no pains will be spared to make the Morning News in every respect still more deserving of the confidence and patronage which has been so liberally extended to it by the people of Georgia and Florida. The ample means of the establishment will be devoted to the improvement of the paper in all its departments, and in making it a comprehensive, instructive and reliable medium of the current news. Its staff of special correspondents—at Washington, Atlanta, Jacksonville, Tallahassee, and other points of interest—has been reorganized with a view of meeting every possible emergency that may arise, and pains will be taken to make its commercial news, foreign and domestic complete and reliable.

As we are about entering upon the new year, we desire to call especial attention to our club rates of subscription.

POSTAGE FREE.

We will pay postage on all our papers going to our subscribers, thus making the Morning News the cheapest newspaper of its size and character in the South.

TERMS OF SUBSCRIPTION.

DAILY.

One copy, one year..........................$10 00
Five copies, one year (to one address)..........[illegible]
Ten copies, one year (to one address)..........[illegible]

TRI-WEEKLY.

One copy, one year..........................$5 00
[illegible]

[illegible]

EXHIBIT E

EXHIBIT F

North Carolina
Orange County

I hereby relinquish my right to administer on the estate of my brother Francis D. Smith and request the Court to appoint Wm Andrew Mickle in my stead.

Mary R. Smith.

Witness:
[illegible] P. Battle

EXHIBIT F

Orange County:--In the Probate Court.

In the matter of the Administration of the estate of Francis J Smith

Before George Laws Probate Judge.

Andrew Mickle Being sworn doth say:

That Francis J Smith, late of said County, is dead, without leaving any Will or Testament; and that Andrew Mickle is the proper person entitled to Letters of Administration on the estate of the said Francis J Smith Miss May Smith having declined to qualify in writing herewith filed

Further, that the value of said personal estate, so far as can be ascertained at the date of this application, is about $ 3000.00, and that Mary B Smith

is entitled as heir and distributee thereof.

A Mickle

Sworn to and subscribed before me, this 18 day of Decr 1877.

Geo. Laws

Probate Judge.