IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, DC

AMEND
07-CV-00222-JR

Burnie Majeed Sr. Burnie Majeed Jr.
& Kenya Majeed
128 Rose Dr. Mullica Hill, NJ 08062
Phone: 856-223-1295
Pro se
   VS
Defendants
The State of North Carolina
Office of Secretary of State
P.O. Box 29622 Raleigh, NC 27626-0622

North Carolina Administration Office of Court
P.O. Box 2448 Raleigh, NC 27602-2448

University of North Carolina
Office of President
910 Raleigh Rd.
P.O. Box 2688 Chapel Hill, NC 27515

The Protestant Episcopal Diocese of North Carolina
200 West Morgan St. Ste 300
Raleigh, NC 27601

    Motion to Correct Defendant Name

Pro se wish to correct the defendants name from The Episcopal Diocese of North Carolina to "The Protestant Episcopal Diocese of North Carolina". Pro se truly apologize for the miss use of name.

        Respectfully Yours,

        Burnie Majeed Sr.
        Burnie Majeed Jr.
        Kenya Majeed

**RECEIVED**

MAR 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT