UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BURNIE MAJEED, SR., *et al.*,       :
                                    :
     Plaintiffs,                    :
                                    :
  v.                                : Civil Action No. 07-0222 (JR)
                                    :
STATE OF NORTH CAROLINA, *et al.*,  :
                                    :
     Defendants.                    :

## ORDER

    Plaintiffs have complied with the Court's order denying their motion to use a post office address by supplying a full residence address. Now pending before the Court, however, are defendants' motions to dismiss. Because plaintiffs are proceeding pro se, the Court hereby advises them of their obligations under the Federal Rules of Civil Procedure and the local rules of this Court.

    In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509. Therefore, it is

    **ORDERED** that plaintiffs shall respond to defendants' motions to dismiss [4, 6] within 30 days of this order. If

plaintiffs fail to file a timely response, the Court may treat defendants' motions as conceded and dismiss the complaint.  It is

**FURTHER ORDERED** that plaintiffs' motion to amend the name of the defendant [9] is **GRANTED.**  It is

**FURTHER ORDERED** that plaintiffs' motion to "contest and revoke" the will [8] is **DENIED** as redundant with the complaint.


JAMES ROBERTSON
United States District Judge