# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BURNIE MAJEED, SR. et al.,**
**PLAINTIFFS**

**V.**

**STATE OF NORTH CAROLINA, et al.,**
**DEFENDANTS**

**CIVIL ACTION**
**NO. 07-0222 (JR)**

# RECEIVED

APR 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO PROCEED AND TRANSFER

Plaintiffs move to continue civil action to the Eastern District of North Carolina.

Plaintiffs request to have civil action suit transferred to the same jurisdiction were the

complaint took place in the state of North Carolina.

Respectfully Yours,

**Burnie Majeed Sr.**

**Burnie Majeed Jr.**

**Kenya Majeed**

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of April, 2007, copies of the foregoing Memorandum of Transfer to the Eastern District of North Carolina was mail with the Clerk of this Court. I further certify that, on the same day, a copy of the same document was sent by certified mail to the Defendants to the following address:

The State of North Carolina
Office of Secretary of State
P.O. Box 29622 Raleigh, NC 27626-0622

North Carolina Administration Office of Court
P.O. Box 2448 Raleigh, NC 27602-2448

University of North Carolina
Office of President
910 Raleigh Rd.
P.O. Box 2688 Chapel Hill, NC 27515

The Protestant Episcopal Diocese of North Carolina
200 West Morgan St. Ste 300
Raleigh, NC 27601

I further certify that on the same day, a copy of the foregoing documents was mailed.

Respectfully Yours,

Burnie Majeed Sr.
Burnie Majeed Jr.

Kenya Majeed
128 Rose Drive
Mullica Hill, NJ 08062